**Exhibit 2:  Gershwin Theater**

**Exhibit 2A:    Entrances**

Nederlander shall maintain the entrance to the Theater, including but not limited to the automatic accessible entry doors, as set forth on Exhibit 2A (i.e., in the same condition as they existed for the Government's inspection conducted on July 20, 2011).

**Exhibit 2B:    Architectural Modifications**

Nederlander shall make the architectural modifications set forth in Exhibits 2A and 2B.  In addition, Nederlander shall maintain the wheelchair accessible unisex restroom in the same condition as set forth on Exhibit 2B (i.e., as it existed for the Government's inspection conducted on July 20, 2011) and shall also (i) provide signage, including Braille signage, indicating the location of the restroom; (ii) reinstall the mirror to comply with the Standards; (iii) extend the grab bar to comply with Standards § 4.16; and (iv) reinstall the towel dispenser as required by Standards § 4.27.3.

**Exhibit 2C:    Seating**

Nederlander shall implement the seating plan attached hereto as Exhibit 2C.

Wheelchair and Companion Seating:

1.      Nederlander shall maintain the four existing wheelchair and companion seating locations on the Orchestra level at ZZ13, ZZ15, ZZ14, and ZZ16, with ZZ11, ZZ17, ZZ12, and ZZ18 being companion seating locations.

2.      Nederlander shall add four wheelchair seating locations, at Orchestra ZZ1/ZZ3, and ZZ2/ZZ4, and at Front Mezzanine at D31 and D32, with Orchestra ZZ5 and ZZ6, and Front Mezzanine D29 and D30 being companion seating locations.

Aisle Transfer Seats:

3.      Nederlander shall add eighteen aisle transfer seating locations at Orchestra BB1, BB118, A101, A2, E118, K101, N1, N35, N2, N36, Q35, Q36, and at Front Mezzanine D2, C118, E101, and E116, and at Rear Mezzanine J33, and J34.



2′- 6 ¾″

7′- 10″

5′- 10 ¼″

5′- 10 ¼″

24′- 4 ½″

59′- 6″

SIDEWALK

BOX OFFICE

5′- 10 ¼″

LOCATION OF PROPOSED
ACCESSIBLE TICKET
COUNTER

5′- 10 ¼″

LEGEND

● AUTO OPENER CONTROL BUTTON

╌ ╌ ╌ AUTOMATIC DOOR

**EXISTING CONDITIONS**
**N.T.S**

**2.   GERSHWIN THEATER**
**BOX OFFICE PLAN**

DWG **2A.1**



**PROPOSED MODIFICATIONS**
N.T.S

REMOVE
PARTITIONS

NEW ACCESSIBLE STALL
AND FIXTURES

5'- 0"

2'- 6¾"

14'- 1¾"

2'- 10¾"

15'- 5"

**EXISTING CONDITIONS**
N.T.S

2'- 6¾"

**2.   GERSHWIN THEATER**
**SOUTH ROTUNDA - WOMEN'S TOILET ROOM PLAN**

DWG **2A.2**



2'- 2¾"

2'- 8½"

7'- 6¾"

6'- 3 ¾"

**EXISTING CONDITIONS**
N.T.S

2.   <u>**GERSHWIN THEATER**</u>
   **NORTH ROTUNDA -  ACCESSIBLE TOILET ROOM PLAN**   DWG **2A.3**



REMOVE AND
REPLACE WITH
ACCESSIBLE URINAL

5'-0"

RELOCATE FIXTURE,
REMOVE PARTITION AS
REQUIRED AND INSTALL
NEW STANDARD
ACCESSIBLE STALL

REMOVE TWO LAVATORIES
AND REPLACE WITH ONE
ACCESSIBLE LAVATORY

2'-6¾"

**PROPOSED MODIFICATIONS**
N.T.S

13'-4½"

2'-11½"

18'-7¾"

2'-6¾"

**EXISTING CONDITIONS**
N.T.S

2. **GERSHWIN THEATER**
   **SOUTH ROTUNDA - MEN'S TOILET ROOM PLAN**

DWG **2A.4**



**PROPOSED MODIFICATIONS**
N.T.S

REMOVE PARTITIONS

RELOCATE EXISTING FIXTURES AND INSTALL ACCESSIBLE STALL AND FIXTURES

2'- 6¾"

13'- 3¾"

15'- 5"

**EXISTING CONDITIONS**
N.T.S

2'- 6¾"

2. <u>GERSHWIN THEATER</u>
   **NORTH ROTUNDA -  WOMEN TOILET ROOM PLAN**

DWG **2A.5**



**PROPOSED MODIFICATIONS**
N.T.S

REMOVE PARTITION AS REQUIRED AND INSTALL NEW AMBULATORY STALL

REMOVE AND REPLACE WITH NEW ACCESSIBLE LAVATORY

REMOVE TWO URINALS AND INSTALL A COMPLIANT URINAL

2'-6¾"

**EXISTING CONDITIONS**
N.T.S

13'-3¾"

13'-5"

2'-6¾"

2. **GERSHWIN THEATER**
**NORTH ROTUNDA - MEN'S TOILET ROOM PLAN**

DWG **2A.6**



**PROPOSED MODIFICATION**
N.T.S

NEW ACCESSIBLE STALL
AND FIXTURES

5'- 0"

3'- 4"

2'- 6 ¾"

**EXISTING CONDITIONS**
N.T.S

2.   **GERSHWIN THEATER**
     **4TH FLOOR SOUTH – MEN TOILET ROOM PLAN**

DWG **2A.7**



AREA OF
FUTURE
STANDARD
ACCESSIBLE
BATHROOM

LOUNGE

**EXISTING CONDITIONS**
**N.T.S**

2.   **GERSHWIN THEATER**
     **4TH FLOOR SOUTH – WOMEN MULTI-USER TOILET ROOM PLAN**

DWG **2A.8**



AREA OF FUTURE STANDARD ACCESSIBLE BATHROOM

5'- 11"

18'- 10"

9'- 3½"

16'- 4½"

14'- 7½"

2'- 6¾"

8'- 5"

LOUNGE

2'- 6¾"

**EXISTING CONDITIONS**
N.T.S

2.  **GERSHWIN THEATER**
    **4TH FLOOR NORTH - WOMEN MULTI-USER TOILET ROOM PLAN**

DWG **2A.9**



EXISTING
MOP SINK
LOCATION

11'- 4"

19'- 8¾"

2'- 6¾"     2'- 6¾"

**EXISTING CONDITIONS**
**N.T.S**

NEW ACCESSIBLE STALL
AND FIXTURES

2'- 6¾"     2'- 6¾"

**PROPOSED MODIFICATIONS**
**N.T.S**

2.   **GERSHWIN THEATER**
**4TH FLOOR NORTH - MEN TOILET ROOM PLAN**

DWG **2A.10**

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 1 | Elevator Car | Elevator emergency communication system is not accessible; the doors below the call buttons are locked. | Emergency communications equipment within this new control panel must be capable of being accessed with less than 5 pounds force, and without tight grasping, pinching, or twisting of the wrist. | 4.10.14 | **Defendant has provided a control panel during the course of the investigation.** |
| 2 | Elevator Car | Existing car position indicator does not give an audible signal or verbal announcement as car passes or stops at each floor. | Install a new compliant car position indicator with audible signal. | 4.10.13 | **Defendant has provided a compliant car position indicator during the course of the investigation.** |
| 3 | Elevator Car | There are no raised characters and Braille on the control panel. Emergency and stop buttons are at 62" AFF. 4th floor call button on the control panel is at 55" AFF. | Coordinate requirements for control panel, including location, height, layout, and graphic symbols. | 4.10.12 Fig. 23(b) | **Requested modifications have been provided during the course of the investigation.** |
| 4 | Fourth Level (Elevator Lobby) | Elevator hall call button is 53" AFF and is blocked by stacks of Playbills. | Relocate hall call buttons at required height. Repair/refinish as needed. Relocate Playbills so that they do not obstruct the call buttons. | 4.10.3 Fig. 20 | **Hall call buttons have been relocated at required height during the course of the investigation and Playbills removed.** |
| 5 | Fourth Level (Elevator Lobby) | The telephone at the elevator is 59" AFF to the highest operable part (the coin slot), does not provide volume control, and protrudes 13" into the circulation path at 32" AFF. | Remove the existing phone and replace with a compliant phone. Coordinate with clear floor space, reach range, and protruding object requirements. | 4.1.3(17) 4.31.2 4.31.3 4.31.4 4.31.5 4.31.6 4.31.7 4.31.8 4.30.7 | **Telephone will be removed.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 6 | Fourth Level (Lobby) | The bar in the center of the fourth floor lobby is 41.5" AFF. There is an adjacent section 37.25" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. Repair/refinish as needed. | 7.2(2) 4.3 | **Defendant will provide a compliant counter of each type.** |
| 7 | Fourth Level (Women's Multi-user Toilet Room, North) | The door from the lounge to the toilet room is 34" wide and provides 31" clear width. | Remove existing door, widen opening, and install new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 4.13.9 4.13.10 4.13.11 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's room on fourth level North.** |
| 8 | Fourth Level (Women's Multi-user Toilet Room, North) | The main entry door is 34" wide and provides 31" clear width. | Remove existing door, widen opening, and install new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 | **Defendant will provide compliant door.** |
| 9 | Fourth Level (Women's Multi-user Toilet Room, North) | Door hardware requires tight grasping, pinching, and/or twisting of the wrist to operate. | Remove existing operating hardware and install compliant hardware. | 4.1.3(7)(c) 4.13.9 | **Defendant will provide compliant hardware.** |
| 10 | Fourth Level (Women's Multi-user Toilet Room, North) | Door hardware requires tight grasping, pinching, and/or twisting of the wrist to operate. | Remove existing operating hardware and install compliant hardware. | 4.1.3(7)(c) 4.13.9 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's room on fourth level North.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 11 | Fourth Level (Women's Multi-user Toilet Room, North) | The pull side maneuvering clearance width is 6.5". | Alter existing walls and/or relocate existing door and frame to obtain required maneuvering clearances. | 4.13.6 Fig. 25( a-f) | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's room on fourth level North.** |
| 12 | Fourth Level (Women's Multi-user Toilet Room, North) | The wall sconce protrudes into the circulation path 9.25" at 62.5" AFF. | Raise wall sconce to greater than 80" AFF without altering fixture. | 4.4.1 Fig.8(a-e) | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's room on fourth level North.** |
| 13 | Fourth Level (Women's Multi-user Toilet Room, North) | Knee space at the counter mounted lavatories is 26" AFF at the front edge. | Remove the existing lavatory and counter. Install a new compliant counter and reinstall the existing lavatory. Repair/refinish wall as needed. | 4.1.3(11) 4.22.6 4.19.2 Fig. 31 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's room on fourth level North.** |
| 14 | Fourth Level (Women's Multi-user Toilet Room, North) | This non-fire rated door requires 11 pounds of force to open. | Adjust the existing closer to provide compliant speed and force. (May inhibit proper latching. If so, replace existing closer with compliant model which allows door to operate as intended). | 4.1.3(7)(c) 4.13.10 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's room on fourth level North.** |
| 15 | Fourth Level (Women's Multi-user Toilet Room, North) | The soap dispenser is mounted at 54" AFF, 12" deep, side reach. | Relocate the existing soap dispenser within reach range. Repair/refinish wall as needed. | 4.1.3(11) 4.22.7 4.27 4.2.5 4.2.6 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's room on fourth level North.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 16 | Fourth Level (Women's Multi-user Toilet Room, North) | The threshold at the door from the lounge to the toilet room has a 1/2" vertical rise and is unbeveled on the toilet room side of the threshold. | Remove the existing threshold and install a compliant threshold. | 4.1.3(7)(c) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig.7(c,d) | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's' room on fourth level North.** |
| 17 | Fourth Level (Women's Multi-user Toilet Room, North) | The toilet paper dispenser is mounted 41.25" from the rear wall on the side opposite the side grab bar. | Relocate existing compliant toilet paper dispenser as required, ensuring 1 1/2" clearance below grab bar. Repair/refinish wall or partition as needed. | 4.16.6 Fig. 29(b) Fig. 30(d) | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's room on fourth level North.** |
| 18 | Fourth Level (Women's Multi-user Toilet Room, North) | There are 3 stalls in this toilet room, the largest being 41" wide x 63" deep with an inswinging door. | Creation of a compliant standard accessible stall requires removal of existing fixture(s) (check plumbing code). Relocate partition(s) and fixture(s) as required. | 4.1.3(11) 4.22 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's' room on fourth level North.** |
| 19 | Fourth Level (Women's Multi-user Toilet Room, North) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant (includes raised lettering and Braille) room identification signage adjacent to strike side of door at 60" AFF to centerline. Coordinate with requirement for close approach without encountering protruding object or door swing. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant sign.** |
| 20 | Fourth Level (Women's Multi-user Toilet Room, North) | There is no rear grab bar. | Install new compliant rear grab bar. Provide backing in wall as necessary. | 4.17.6 Fig. 29 Fig. 30 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's room on fourth level North.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 21 | Fourth Level (Women's Multi-user Toilet Room, North) | The water closet seat height is 19.25" AFF and it is mounted 19.75" to centerline from the side wall. | Floor-mounted water closet: replace existing water closet with compliant water closet with seat installed 17"-19" AFF and 18" centerline to side wall. Adapt flush control as needed. | 4.16.3 Fig. 29(b) 4.16.2 4.17.3 Fig. 28 Fig.30 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's room on fourth level North.** |
| 22 | Fourth Level (Women's Multi-user Toilet Room, North) | The paper towel dispenser is mounted at 56.5" AFF. | Install new towel dispenser within reach range where required clear floor space is available. Existing noncompliant towel dispenser may remain. | 4.1.3(11) 4.22.7 4.27.3 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level North, adjacent to lounge entrance to women's room on fourth level North.** |
| 23 | Fourth Level (Women's Multi-user Toilet Room, South) | The main entry door is 34" wide and provides 31" clear width. | Remove existing door, widen opening, and install new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 4.13.9 4.13.10 | **Defendant will provide a compliant door.** |
| 24 | Fourth Level (Women's Multi-user Toilet Room, South) | The door from the lounge to the toilet room is 34" wide and provides 31" clear width. | Remove existing door, widen opening, and install new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 4.13.9 4.13.10 4.13.11 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |
| 25 | Fourth Level (Women's Multi-user Toilet Room, South) | Door hardware requires tight grasping, pinching, and/or twisting of the wrist to operate. | Remove existing operating hardware and install compliant hardware. | 4.1.3(7)(c) 4.13.9 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's  room on fourth level South.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 26 | Fourth Level (Women's Multi-user Toilet Room, South) | Door hardware requires tight grasping, pinching, accessible, the doors below the call buttons are inaccessible. | Remove existing operating hardware and install compliant hardware. | 4.1.3(7)(c) 4.13.9 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |
| 27 | Fourth Level (Women's Multi-user Toilet Room, South) | The pull side maneuvering clearance width is 8.5". | Alter existing walls and/or relocate existing door and frame to obtain required maneuvering clearances. | 4.13.6 Fig. 25(a-f) | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |
| 28 | Fourth Level (Women's Multi-user Toilet Room, South) | The wall sconce protrudes into the circulation path 9" at 53" AFF. | Raise wall sconce to greater than 80" AFF without altering fixture. | 4.4.1 Fig. 8 (a-e) | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |
| 29 | Fourth Level (Women's Multi-user Toilet Room, South) | The side grab bar is 28.25" AFF, mounted 17" from the rear wall, and is 24" long. | Remove existing side grab bar and install new compliant side grab bar. Ensure that grab bar is mounted 12" maximum from rear wall and extends at least 54" from rear wall (or 52" if in stall). | 4.1.3(11) 4.22.4 4.17.6 4.26 Fig.30 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |
| 30 | Fourth Level (Women's Multi-user Toilet Room, South) | Knee space at the counter mounted lavatories is 26.25" AFF. | Remove the existing lavatory and counter. Install a new compliant counter and reinstall the existing lavatory. Repair/refinish wall as needed. | 4.1.3(11) 4.22.6 4.19.2  Fig. 31 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 31 | Fourth Level (Women's Multi-user Toilet Room, South) | This non-fire rated door requires 10 pounds of force to open and travels from 70° open to within 3" of the latch in 2.22 seconds. | Adjust the existing closer to provide compliant speed and force. (May inhibit proper latching. If so, replace existing closer with compliant model which allows door to operate as intended). | 4.1.3(7)(c) 4.13.10 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |
| 32 | Fourth Level (Women's Multi-user Toilet Room, South) | This non-fire rated door requires 10 pounds of force to open and travels from 70° open to within 3" of the latch in 2.5 seconds. | Adjust the existing closer to provide compliant speed and force. | 4.1.3(7)(c) 4.13.10 | **Defendant will provide a compliant closer and latch.** |
| 33 | Fourth Level (Women's Multi-user Toilet Room, South) | The soap dispenser is mounted at 54" AFF, 15" deep, side reach. | Relocate the existing soap dispenser within reach range. | 4.1.3(11) 4.22.7 4.27 4.2.5 4.2.6 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |
| 34 | Fourth Level (Women's Multi-user Toilet Room, South) | The threshold at the door from the lounge to the toilet room has a 1/2" vertical rise and is unbeveled on the toilet room side of the threshold. | Remove the existing threshold and install a compliant threshold. | 4.1.3(7)(c) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig. 7(c,d) | **Defendant will provide a compliant women's' standard accessible bathroom on fourth level South adjacent to lounge entrance to women's' room on fourth level South.** |
| 35 | Fourth Level (Women's Multi-user Toilet Room, South) | The toilet paper dispenser is mounted 39.75" from the rear wall on the side opposite the side grab bar. | Relocate existing compliant toilet paper dispenser as required, ensuring 1 1/1" clearance below grab bar. Repair/refinish wall or partition as needed. | 4.16.6 Fig. 29(b), Fig. 30(d) | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 36 | Fourth Level (Women's Multi-user Toilet Room, South) | There are 3 stalls in this toilet room, the largest being 44" wide x 53" deep with an inswinging door. | Creation of a compliant standard accessible stall requires removal of existing fixture(s). Relocate partition(s) and fixture(s) as required. | 4.1.3(11) 4.22 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |
| 37 | Fourth Level (Women's Multi-user Toilet Room, South) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant (includes raised lettering and Braille) room identification signage adjacent to strike side of door at 60" AFF to centerline. Coordinate with requirement for close approach without encountering protruding object or door swing. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant sign.** |
| 38 | Fourth Level (Women's Multi-user Toilet Room, South) | There is no rear grab bar. | Install new compliant rear grab bar. Provide backing in wall as necessary. | 4.17.6 Fig. 29, Fig.30 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |
| 39 | Fourth Level (Women's Multi-user Toilet Room, South) | The water closet seat height is 15" AFF and it is mounted 21.5" to centerline from the side wall. | Floor-mounted water closet: replace existing water closet with compliant water closet with seat installed 17"-19" AFF and 18" centerline to side wall. Adapt flush control as needed. | 4.16.3 Fig. 29(b) 4.16.2 4.17.3 Fig. 28, Fig. 30 | **Defendant will provide a compliant women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |
| 40 | Fourth Level (Women's Multi-user Toilet Room, South) | The paper towel dispenser is mounted at 58" AFF. | Install new towel dispenser within reach range where required clear floor space is available. Existing noncompliant towel dispenser may remain. | 4.1.3(11) 4.22.7 4.27.3 | **Defendant will provide a compliant  women's standard accessible bathroom on fourth level South adjacent to lounge entrance to women's room on fourth level South.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 41 | Fourth Level (Men's Toilet Room, North) | The mirror is mounted at 48" AFF to the bottom of the reflecting surface. | Lower existing mirror. Repair/refinish wall as needed. | 4.1.3(11) 4.22.6 4.19.6 | **Defendant will tilt or remount existing mirror at compliant height.** |
| 42 | Fourth Level (Men's Toilet Room, North) | The door provides 31" of clear width. | Remove existing door, widen opening, and install new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 4.13.9 4.13.10 4.13.11 | **Defendant will provide compliant door as far as readily achievable at 31".** |
| 43 | Fourth Level (Men's Toilet Room, North) | Door hardware requires tight grasping, pinching, and/or twisting of the wrist to operate. | Remove existing operating hardware and install compliant hardware. | 4.1.3(7)(c) 4.13.9 | **Defendant will provide compliant hardware.** |
| 44 | Fourth Level (Men's Toilet Room, North) | Hot water is available at lavatory and hot water supply pipes and/or drain pipes are not insulated or covered. | Insulate hot water supply and drain pipes. Ensure that all other sharp or abrasive surfaces are properly covered or filed smooth. | 4.19.4 | **Defendant will provide compliant insulation.** |
| 45 | Fourth Level (Men's Toilet Room, North) | The wall parallel to the door is in the maneuvering clearance at 41". | Alter existing walls and/or relocate existing door and frame (alterations: unless technically infeasible or disproportionate) to obtain required maneuvering clearances. | 4.13.6 Fig. 25( a-f) | **Defendant will provide compliant power door.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 46 | Fourth Level (Men's Toilet Room, North) | The wall sconce protrudes into the circulation path 9.5" at 63.5" AFF. | Raise wall sconce to greater than 80" AFF without altering fixture. | 4.4.1 Fig. 8 (a-e) | **Defendant will raise, remove, or replace wall sconce.** |
| 47 | Fourth Level (Men's Toilet Room, North) | The stall on the far end has a 24" grab bar mounted 16" from the back wall. | Remove existing side grab bar and install new compliant side grab bar. Ensure that grab bar is mounted 12" maximum from rear wall and extends at least 54" from rear wall (or 52" if in stall). | 4.1.3(11) 4.22.4 4.17.6 4.26 Fig.30 | **Defendant will remove existing grab bars and install compliant accessible stall.** |
| 48 | Fourth Level (Men's Toilet Room, North) | The threshold is 3/4" tall with a "bull nose" bevel. | Remove the existing threshold and install a compliant threshold. | 4.1.3(7)(c) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig.7(c,d) | **Defendant will lower threshold to compliant height.** |
| 49 | Fourth Level (Men's Toilet Room, North) | The toilet paper dispenser is mounted 36" to 46" from the rear wall and 32" AFF to the centerline. | Relocate existing compliant toilet paper dispenser as required, ensuring 19" clearance below grab bar. Repair/refinish wall or partition as needed. | 4.16.6 Fig. 29(b) Fig.30(d) | **Defendant will remove existing dispenser and install compliant accessible stall.** |
| 50 | Fourth Level (Men's Toilet Room, North) | There are 3 wall mounted lavatories with 27.5" knee space at the front and 25" at 8" back. | Raise the existing compliant wall mounted fixture to the required height. Repair/refinish as needed. | 4.1.3(11) 4.22.6 4.19.2 Fig. 31 | **Defendant will remount sink at compliant height.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 51 | Fourth Level (Men's Toilet Room, North) | There are 3 stalls in this toilet room. The stalls are 35" wide (this stall has a mop sink instead of a water closet), 33" wide, and 40.5" wide (the stall on the far end) and all are 63" deep. | Relocate permanent wall(s) and/or partition(s) as required to provide a compliant standard accessible stall. | 4.1.3(11) 4.22 | **Defendant will provide a compliant accessible stall at existing mop sink location.** |
| 52 | Fourth Level (Men's Toilet Room, North) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant (includes raised lettering and Braille) room identification signage adjacent to strike side of door at 60" AFF to centerline. Coordinate with requirement for close approach without encountering protruding object or door swing. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant sign.** |
| 53 | Fourth Level (Men's Toilet Room, North) | The paper towel dispenser is mounted at 58" AFF. Paper towels are also stacked on the shelf under the mirror. | Install new towel dispenser within reach range where required clear floor space is available. Existing noncompliant towel dispenser may remain. | 4.1.3(11) 4.22.7 4.27.3 | **Defendant will remount at compliant height.** |
| 54 | Fourth Level (Men's Toilet Room, North) | There are 3 high urinals that are 12" deep. None of these urinals are currently accessible, but clear floor space is available at all fixtures. | Remove the existing noncompliant urinal and install new elongated type at the required height. | 4.22.5 4.18.2 | **Defendant will provide accessible urinal.** |
| 55 | North Rotunda (Men's Toilet Room) | The mirror is mounted at 48" AFF to the bottom of the reflecting surface. | Lower existing mirror. | 4.1.3(11) 4.22.6 4.19.6 | **Defendant will tilt or remount existing mirror at compliant height.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 56 | North Rotunda (Men's Toilet Room) | The non-fire rated door provides 31" of clear width. | Remove existing door, widen opening, and install new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 4.13.9 4.13.10 4.13.11 | **Defendant will provide compliant door as far as readily achievable at 31".** |
| 57 | North Rotunda (Men's Toilet Room) | Door hardware requires tight grasping, pinching. | Remove existing operating hardware and install compliant hardware. | 4.1.3(7)(c) 4.13.9 | **Defendant will provide compliant hardware.** |
| 58 | North Rotunda (Men's Toilet Room) | Hot water is available at lavatory and hot water supply pipes and/or drain pipes are not insulated or covered. | Insulate hot water supply and drain pipes. Ensure that all other sharp or abrasive surfaces are properly covered or filed smooth. | 4.19.4 | **Defendant will provide compliant insulation.** |
| 59 | North Rotunda (Men's Toilet Room) | There is a trash can in the door maneuvering clearance. | Remove nonpermanent obstruction. | 4.13.6 Fig. 25( a-f) | **Defendant will remove non permanent obstruction.** |
| 60 | North Rotunda (Men's Toilet Room) | The door requires 8 pounds of force to open and travels from 700 open to within 3" of the latch in 2.5 seconds. | Adjust the existing closer to provide compliant speed and force. | 4.1.3(7)(c) 4.13.10 | **Defendant shall adjust existing door closer for compliance.** |
| 61 | North Rotunda (Men's Toilet Room) | The threshold is 3/4" tall with a "bull nose" bevel. | Remove the existing threshold and install a compliant threshold. | 4.1.3(7)(c) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig. 7(c,d) | **Defendant will lower threshold to compliant height.** |
| 62 | North Rotunda (Men's Toilet Room) | There are 3 wall mounted lavatories 27.5" knee space at the front and 25" at 8" back. | Raise the existing compliant wall mounted fixture to the required height. | 4.1.3(11) 4.22.6 4.19.2 Fig. 31 | **Defendant will install compliant lavatory.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 63 | North Rotunda (Men's Toilet Room) | This toilet room does not have any accessible features. There are 3 toilet stalls at approximately 34" wide x 56" deep. There is 55" depth behind the urinals. It would be possible to widen the end stall to 60" and leave 17" depth between the urinal and stall wall. | Relocate permanent wall(s) and/or partition(s) as required to provide a compliant standard accessible stall. | 4.1.3(11) 4.22 | **Defendant will provide compliant accessible stall.** |
| 64 | North Rotunda (Men's Toilet Room) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant (includes raised lettering and Braille) room identification signage adjacent to strike side of door at 60" AFF to centerline. Coordinate with requirement for close approach without encountering protruding object or door swing. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant sign.** |
| 65 | North Rotunda (Men's Toilet Room) | The paper towel dispenser is mounted at 58" AFF. Paper towels are also stacked on the shelf under the mirror. | Install new towel dispenser within reach range where required clear floor space is available. Existing noncompliant towel dispenser may remain. | 4.1.3(11) 4.22.7 4.27.3 | **Defendant will mount dispenser at compliant height and remove paper towels.** |
| 66 | North Rotunda (Women's Toilet Room) | The non-fire rated door provides 31" of clear width. | Remove existing door, widen opening, and install new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 4.13.9 4.13.10 4.13.11 | **Defendant will provide compliant door as far as readily achievable at 31".** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 67 | North Rotunda (Women's Toilet Room) | There are three counter-mounted lavatories with 25.5" knee space at the front and 24" at 8" back. | Remove the existing lavatory and counter. Install a new compliant counter and reinstall the existing lavatory. Repair/refinish wall as needed. | 4.1.3(11) 4.22.6 4.19.2 Fig.31 | **Defendant will provide compliant lavatory.** |
| 68 | North Rotunda (Women's Toilet Room) | The non-fire rated door requires 12-15 pounds of force to open. | Adjust the existing closer to provide compliant speed and force. | 4.1.3(7)(c) 4.13.10 | **Defendant shall adjust existing door closer for compliance.** |
| 69 | North Rotunda (Women's Toilet Room) | The threshold is 3/4" tall with a "bull nose" bevel. | | 4.1.3(7)(c) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig.7(c,d) | **Defendant will lower threshold to compliant height.** |
| 70 | North Rotunda (Women's Toilet Room) | There are no accessible features in this toilet room. There are 6 stalls in this toilet room, typically 34" wide x 57" deep. The room is 112" wide with facing, and the stall doors are inswinging. It would be possible to make the stall on one end longer with an outswinging door, grab bars, and a raised water closet seat. | Relocate permanent wall(s) and/or partition(s) as required to provide a compliant standard accessible stall. | 4.1.3(11) 4.22 | **Defendant will provide compliant accessible stall.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 71 | North Rotunda (Women's Toilet Room) | There is a low contrast directional sign. | Install compliant (includes raised lettering and Braille) room identification signage adjacent to strike side of door at 60" AFF to centerline. Coordinate with requirement for close approach without encountering protruding object or door swing. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant sign.** |
| 72 | North Rotunda (Women's Toilet Room) | The paper towel dispenser is mounted at 57" AFF, forward approach. There are also paper towels stacked on the countertop. | Install new towel dispenser within reach range where required clear floor space is available. Existing noncompliant towel dispenser may remain. | 4.1.3(11) 4.22.7 4.27.3 | **Defendant will mount dispenser at compliant height, and remove paper towels.** |
| 73 | Second Level (Elevator Lobby) | This is a bank of 2 telephones. The highest operable part at the telephone is at 66" AFF (the coin return lever). One telephone has volume control. The telephones project 13" from the wall at 38.5" AFF. | Remove the existing phone and replace with a compliant phone. Coordinate with clear floor space, reach range, and protruding object requirements. | 4.1.3(17) 4.31.2 4.31.3 4.31.4 4.31.5 4.31.6 4.31.7 4.31.8 4.30.7 Fig. 44 4.2.4 4.2.5 4.2.6 4.4 4.1.3 | **Existing telephones will be removed.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 74 | Second Level (Lobby) | "Ozdust Boutique" souvenir counter is 41" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(2) 4.3 | **Defendant will notify merchandise vendor of their obligations for ADA compliance.** |
| 75 | Second Level (Lobby) | The bar at the north end of the lobby is 43" AFF and the bar at the south end is 42" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(2) 4.3 | **Defendant will provide compliant accessible counter.** |
| 76 | Second Level (Lobby) | "Wicked" souvenir counter is 41" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(2) 4.3 | **Nederlander will notify merchandise vendor of their obligations for ADA compliance.** |
| 77 | Second Level | Doors to this area require 8-11 pounds of force to open and provide 40" of clear width. Entrances to theatre seating are not numbered. | Adjust the existing closer to provide compliant speed and force. | 4.1.3(7)(c) 4.13.10 | **Defendant shall adjust existing door closer for compliance.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 78 | South Rotunda (Men's Toilet Room) | This multi-user men's toilet room is similar to the men's room at the North Rotunda, only this toilet room has a door with noncompliant maneuvering clearance, it is further from the elevator, has 6 urinals and 4 lavatories. | | | **Defendant shall make implement changes set forth in items 55-65 to this room.** |
| 79 | South Rotunda (Women's Toilet Room) | This multi-user women's toilet room is almost identical to the women's toilet room in the North Rotunda. | | | **Defendant shall make implement changes set forth in items 66-72 to this room.** |
| 80 | Third Level (Elevator Lobby) | Elevator hall call buttons are 51" and 56" AFF. | Relocate hall call buttons at required height. Repair/refinish as needed. | 4.10.3 Fig. 20 | **Defendant will provide compliant mounting height.** |
| 81 | Third Level (House Left Accessible Seating) | There is a set of 34" double doors into this area that provide 27.5" clear width (clear width is reduced by the insulation on the door). The door on the right (as exiting the seating area) requires 9 pounds of force to open and the left door requires 10 pounds of force to open. Both doors travel from 700 open to within 3" of latch in 2.5 seconds. | Remove existing door, widen opening, and install new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 4.13.10 4.13.11 | **Defendant will provide compliant power door.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 82 | Third Level (House Right Accessible Seating) | There is a set of 34" double doors into this area that provide 28" clear width (clear width is reduced by the insulation on the door). The door on the right (as exiting the seating area) requires 8 pounds of force to open and the left door requires 16 pounds of force to open because it drags on the carpet. | Remove existing door, widen opening, and install new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. Repair sweep under door or install dropping sweep if needed for acoustical reasons. | 4.1.3(7)(c) 4.13.5 Fig. 24 4.13.10 4.13.11 | **Defendant will provide compliant power door.** |
| 83 | Building | There is no raised lettering and Braille room accessible, the doors below the call buttons are inaccessible. | Install compliant signage in the required location(s). | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant sign.** |
| 84 | Building | The doors from all fire stairs into the lobbies have knob hardware that requires grasping and twisting of the wrist to operate on the stair side of the door and panic bars in the direction of exit travel. | Remove existing operating hardware and install compliant hardware. | 4.13.9 | **Defendant will provide compliant hardware.** |
| 85 | First Floor (Elevator Lobby) | Elevator hall call button is 54.5" AFF. | Relocate hall call buttons at required height. Repair/refinish as needed. | 4.10.3 Fig. 20 | **Defendant will provide compliant mounting height.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 86 | Box Office/Lobby | Existing signage does not have nonglare finish and/or has insufficient contrast between characters and background. | Remove the existing sign and install a compliant sign. Repair/refinish as needed. Coordinate with other requirements for signage characteristics. | 4.1.3(16)(a) 4.30.5 | **Defendant will provide required signage.** |
| 87 | Building | Floor designations are not provided at elevator hoistway, | Install compliant signage in the required location. | 4.10.5 Fig.20 | **Defendant will provide compliant floor designations.** |
| 88 | Building | No directional signage to nearest accessible toilet room at inaccessible toilet room. | If toilet remains inaccessible, install compliant directional sign: character width-to-height ratio is between 3:5 and 1:1 and stroke width-to-height ratio is between 1:5 and 1:10; character height is sized per viewing distance or, if overhead sign, is at least 3" measured using upper case X (lower case permitted); finish is nonglare with high contrast between characters and background; and includes the International Symbol of Accessibility. | 4.1.2(7)(d) 4.1.6(3)(e)(iii) | **Defendant will provide compliant signage at required locations.** |
| 89 | Building | No obvious building alarm system. | If no audible alarms are provided, no correction is required. If an existing alarm system is expanded or a new one is installed, it must comply. | 4.1.3(14) 4.28 | **Should new alarm be installed, ADA compliance will be provided.  Should existing alarm system be upgraded, ADA compliance will be provided.** |
| 90 | Box Office/Lobby | Overhead directional signage has 1.25" high letters. | Remove the existing sign and install a compliant sign. Repair/refinish as needed. Coordinate with other requirements for signage characteristics. | 4.1.3(16)(b) 4.30.1 4.30.2 4.30.3 4.30.5 | **Defendant will provide compliant required signage.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 91 | Box Office/Lobby | The information counter is 41" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. Repair/refinish as needed. | 7.2(2) 4.3 | **Nederlander will notify merchandise vendor of their obligations for ADA compliance** |
| 92 | Box Office/Lobby | The ticket window is 49.5" AFF and projects 10.5" at 48.5" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(2) 4.3 | **Defendant will provide an accessible ticket window counter.** |
| 93 | Box Office/Lobby | Signage notifying patrons of the availability of an assistive listening system does not include the International Symbol of Access for Hearing Loss. | Install such signage incorporating the International Symbol of Accessibility for Hearing Loss at the ticket office(s) and other apparent location(s) notifying patrons of the availability of an assistive listening system. Sign should state "Assistive Listening System Available". | 4.1.3(19) 4.30.7(4) Fig. 43(d) | **Defendant will provide required signage.** |
| 94 | Building | There are drinking fountains throughout the building. The typical drinking fountain is located in a 28" wide alcove with the spout outlet 8" from the front of the alcove. The spout outlet height is 41" AFF with compliant control force and stream height. | Modify to install a compliant, forward approach DF or install flat-bottom cup dispensers at existing fixtures within reach range not accommodated by existing drinking fountain. Coordinate with protruding object requirements. | 4.1.3(10) 4.15 Fig. 27(a) | **Defendant will provide a compliant drinking fountain.** |

# Exh. 2B Architectural Modifications to Gershwin Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 95 | Box Office/Lobby | Elevator access is through a locked, controlled entry door with a doorknob and a buzzer at 55" AFF. There is no signage indicating that the elevator is through this door. | Provide directional signage and, if the accessible route must remain secured, provide assistants during all hours that the theatre is open and signage at the doors indicating where help can be found. | 4.1.3(1)<br>4.10.1 | **Compliant directional signage will be provided. Compliant assistance is available from assistants.** |
| 96 | Box Office/Lobby | Telephones near check room are 63.5" and 64" to the highest operable part, which is the coin slot. The coin return on one telephone requires twisting. Telephone enclosures project 13" from the wall at 36" AFF. | Remove the existing phone and replace with compliant phone. Coordinate with clear floor space, reach range, and protruding object requirements. | 4.1.3(17)<br>4.31.2<br>4.31.3<br>4.31.4<br>4.31.5 | **Existing telephones will be removed.** |

NEDERLANDER

**Gershwin Theatre**   DWG 2C.1
Orchestra Plan



STAGE

■ Legend

● EXISTING AISLE TRANSFER SEAT

● NEW AISLE TRANSFER SEAT

● EXISTING WC/C LOCATION

● NEW WC/C LOCATION

*NOTE:* At the Gershwin, 4 wheelchair seating and companion locations, and all 18 aisle transfer seating locations, are sold at the same price as adjacent seating locations in the same row. 4 wheelchair seating and companion locations are sold at the lowest price.

THE VSA GROUP
ARCHITECTS • ENGINEERS • CONSULTANTS

NEDERLANDER

**Gershwin Theatre**    DWG 2C.2
Mezzanine Plan



### ■ Legend

● EXISTING AISLE TRANSFER SEAT

● NEW AISLE TRANSFER SEAT

● EXISTING WC/C LOCATION

● NEW WC/C LOCATION

*NOTE:* At the Gershwin, 4 wheelchair seating and companion locations, and all 18 aisle transfer seating locations, are sold at the same price as adjacent seating locations in the same row. 4 wheelchair seating and companion locations are sold at the lowest price.

THE **VSA GROUP**
ARCHITECTS • ENGINEERS • CONSULTANTS