**Exhibit 3: Lunt-Fontanne Theater**

**Exhibit 3A:   Entrances**

Nederlander shall install automatic doors at the second set of double doors from the interior ticket window.  Nederlander may also, at its option, maintain the automatic doors at the fourth set of double doors from the interior ticket window, in same condition as set forth on Exhibit 3A (i.e., in the same condition as they existed for the Government's inspection conducted on May 3, 2011). Nederlander shall adopt queuing and line management procedures to ensure that a person with mobility impairments shall have a means of entry into the foyer of the Theater, and access to the interior ticket window.

**Exhibit 3B:   Architectural Modifications**

Nederlander shall make the architectural modifications set forth in Exhibits 3A and 3B.  In addition, Nederlander shall maintain the wheelchair accessible unisex restroom in the same condition as it existed for the Government's inspection conducted on May 3, 2011, as further modified in Exhibit 3B, and shall also (i) extend the grab bar by 6 inches to comply with Standards § 4.16.4; and (ii) modify the location of the toilet and sink to provide an adequate maneuvering space as required by Standards § 4.16.2.

**Exhibit 3C:   Seating**

Nederlander shall implement the seating plan attached hereto as Exhibit 3C.

Wheelchair and Companion Seating:

    1.   Nederlander shall maintain the two existing wheelchair and companion seating locations on the Orchestra level: at G15 and W17, with G13 and W15 being companion seating locations.

    2.   Nederlander shall add three new wheelchair seating locations on the Orchestra level, at Z1/Z3/AA1/AA3; at Z113/Z114/AA113/AA114; and at Z2/Z4/AA2/AA4, with companion seating locations at Z5, Z112, Z6.

Aisle Transfer Seats:

    3.   Nederlander shall maintain the twelve aisle transfer seating locations on the Orchestra level at D101, D114, F1, F2, G101, G114, R114, T1, R2, Z101, R101, R1 and add three new aisle transfer seating locations on the Mezzanine Level at E20, E114 and E19.



**EXISTING CONDITIONS AND PROPOSED MODIFICATIONS**
N.T.S

3. <u>**LUNT FONTANNE THEATER**</u>
   **LOWER LEVEL MEN TOILET ROOM PLAN**

DWG **3A.1**



3. <u>**LUNT FONTANNE THEATER**</u>
   **UPPER LEVEL WOMEN TOILET ROOM PLAN**

DWG **3A.2**



**EXISTING CONDITIONS**
N.T.S

**3.   LUNT FONTANNE THEATER**
     **UPPER LEVEL MEN TOILET ROOM PLAN**

DWG **3A.3**



3. **LUNT FONTANNE THEATER**
   **LOWER LEVEL WOMEN TOILET ROOM PLAN**

DWG **3A.4**



**EXISTING CONDITIONS AND PROPOSED MODIFICATIONS**
N.T.S

3. **LUNT FONTANNE THEATER**
**ORCHESTRA LEVEL ACCESSIBLE TOILET ROOM AND BOX OFFICE PLANS**

DWG **3.7**

# Exh. 3B Architectural Modifications to Lunt Fontanne Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 1 | Box Office | The slope from the curb to the entrance door ranges from 6.5% to 7.5% with no level landing. This slope may be experienced as a running slope or, more likely, as a cross slope, depending on how the door is approached. | Slope leading from curb to entrance door exceeds 5% and there is no level maneuvering clearance / landing at door. | 4.1.2(1) 4.1.2(4) 4.3.7 4.3.8 4.5.2 4.8 | **Defendant shall relocate the automatic door opener to the third set of double doors from the left, facing the Theater, where slope is less steep.** |
| 2 | Box Office | The Box Office shelf is at 45" AFF. The Advanced Ticket Sales shelf is at 45" AFF. | Sales, service, or information counter is higher than 36" AFF at cash register(s) for sales or distribution of goods or services to the public. | 7.2(2) 4.3 | **Compliant ticket counter has been provided during course of investigation.** |
| 3 | Box Office | There is no Accessible Listening System signage. There is an ALS box in the upper level lobby that is locked. There were no other signs of an ALS in the building. | No signage is provided at the ticket office or other apparent location notifying patrons of the availability of an assistive listening system. | 4.1.3(19)(b) 4.33.6 4.33.7 4.30 4.30.7(4) Fig. 43(d) | **Compliant ALS has been provided during course of investigation. Defendant will post signage advising that ALS is available.** |
| 4 | Box Office | There is no folding armrest signage. Folding armrest seats are provided at seats F2, D114, G114, R114, Z2, Z114, D101, F3, G101, T1, Z1, Z101, X13, and P17. | No signage is provided at the ticket office notifying patrons of the availability of accessible seating. | 4.1.3(19)(a) | **Compliant signage has been provided during course of investigation.** |

# Exh. 3B Architectural Modifications to Lunt Fontanne Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 5 | Box Office | There are 6 pairs of 33" wide wooden doors that provide 28½" - 29" of clear width. | Clearance widths of paired exterior entry doors are less than 32" per active leaf. | 4.1.3(7)<br>4.13.4<br>4.13.5<br>Fig. 24 | **Modifications to the wooden doors are technically infeasible due to structural constraints, means of egress widths and landmark status designation. However, defendant will continue to provide automatic doors at the first set of double doors from the ticket window, where the slope is less steep.** |
| 6 | Box Office | There are 5 pairs of 34" wide wooden doors that provide 31" of clear width. | Clearance widths of paired doors into theatre are less than 32" per active leaf. | 4.1.3(7)(b)<br>4.1.3(7)(c)<br>4.1.3(7)(d)<br>4.13.4<br>4.13.5<br>Fig. 24 | **Modifications to the wooden doors are technically infeasible due to structural constraints, means of egress widths and landmark status designation. However, defendant will continue to provide automatic doors at the first set of double doors from the ticket window, where the slope is less steep.** |
| 7 | Box Office | The doors from the Box Office into the Theatre have a 4% slope within the maneuvering clearances. | Floor surface within required area for door maneuvering clearance is not level. | 4.1.3(1)<br>4.1.3(7)(b)<br>4.1.3(7)(c)<br>4.1.3(7)(d)<br>4.3.9<br>4.13.6<br>Fig. 25 | **Defendant shall provide automatic doors at the first set of double doors from the ticket window, where the slope is less steep.** |

# Exh. 3B Architectural Modifications to Lunt Fontanne Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 8 | Box Office | The ¾" thresholds are beveled 1:2 and there is a ¾" vertical rise from the threshold to the top of the carpet for a total of 1 1/2" rise at the doors. | Existing threshold is greater than ½" high. | 4.1.3(7)(b) 4.1.3(7)(c) 4.1.3(7)(d) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig. 7(c,d) | **Defendant will lower threshold to compliant height.** |
| 9 | Lower Level - (Back of Theatre) | The concession countertops are 42" AFF. | Sales, service, or information counter is higher than 36" AFF at cash register(s) for sales or distribution of goods or services to the public. | 7.2(1) 7.2(2) 4.3 | **Compliant concession countertops have been provided during course of investigation.** |
| 10 | Lower Level (Women's Toilet Room) | Overhead sign but no compliant RLB sign provided. | There is no raised lettering and Braille room identification sign provided at this gender specific multi- user toilet room. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Compliant signage will be provided.** |
| 11 | Lower Level (Women's Toilet Room) | The door requires 9 pounds of force to open and travels from 70° open to 3" from the latch in 4 seconds. | Closer at non-fire-rated interior door causes door to travel from 70 degrees open to 3" from latch in less than 3 seconds and/or exceeds the maximum force to open (5 lbs). | 4.1.3(7)(b) 4.1.3(7)(c) 4.1.3(7)(d) 4.13.10 4.13.11 | **Defendant will test and monitor door closer for compliance.** |
| 12 | Lower Level (Women's Toilet Room) | In one section of the toilet room, the low ceiling in a corner projects 34" at 72" AFF from the closest cane-detectable element (wall) below it. | Section of low ceiling is less than 80" AFF above circulation path. | 4.4.1 4.4.2 Fig. 8(a-e) | **Defendant will install cane detectable element.** |

# Exh. 3B Architectural Modifications to Lunt Fontanne Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 13 | Lower Level (Women's Toilet Room) | The lavatory countertop is 33" AFF with no knee space provided. | The counter mounted lavatory provides less than the required knee clearance (29" minimum AFF at front, 27" minimum AFF at 8" deep). | 4.1.3(11) 4.19.2 4.19.3 4.22.6 Fig. 31 | **Compliant lavatory has been provided during course of investigation.** |
| 14 | Lower Level (Women's Toilet Room) | The coat hook is mounted at 65" AFF in ambulatory stall. | The coat hook in the ambulatory stall is above the 48" or 54" max reach height (depending on approach). | 4.1.3(11) 4.2.5 4.2.6 4.22.7 4.25 4.27.3 Fig. 5 Fig. 6 Fig.38 | **Compliant coat hook mounting height has been provided during course of investigation.** |
| 15 | Lower Level (Women's Toilet Room) | The double roll toilet paper dispenser in the ambulatory stall is mounted 29" to 39" from the rear wall. | The double roll toilet paper dispenser in the ambulatory stall is mounted more than 36" from the rear wall. | 4.1.3(11) 4.1.6(1)(b) 4.1.6(2) 4.16.6 4.22.4 4.22.7 Fig. 29(b) Fig. 30(d) | **Defendant will provide compliant mounting height of toilet paper dispenser.** |
| 16 | Lower Level (Women's Toilet Room) | There is no rear grab bar in the accessible stall. The standard accessible stall is 66" wide x 61" deep. | There is no rear grab bar in the accessible stall. | 4.1.3(11) 4.1.6(1)(b) 4.1.6(1)(c) 4.1.6(1)(k)(ii) 4.1.6(2) 4.17.6 4.22.4 Fig. 29 Fig. 30(a&a-1) | **Defendant will install new rear grab bar.** |
| 17 | Lower Level (Women's Toilet Room) | The coat hook is mounted at 65" AFF in ambulatory stall. | The coat hook in the standard accessible stall is above the 48" or 54" max reach height (depending on approach). | 4.1.3(11) 4.2.5 4.2.6 4.22.7 4.25 4.27.3 Fig. 5 Fig. 6 Fig.38 | **Compliant coat hook mounting height has been provided during course of investigation.** |

# Exh. 3B Architectural Modifications to Lunt Fontanne Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 18 | Lower Level (Women's Toilet Room) | The toilet paper dispenser in the standard accessible stall is mounted 34" to 44" from the rear wall. | The toilet paper dispenser in the standard accessible stall is mounted more than 36" from the rear wall. | 4.1.3(11) 4.1.6(1)(b) 4.1.6(2) 4.16.6 4.22.4 4.22.7 Fig. 29(b) Fig. 30(d) | **Compliant mounting height of toilet paper dispenser will be provided.** |
| 19 | Lower Level (Men's Toilet Room) | Overhead sign but no compliant RLB sign provided. | There is no raised lettering and Braille room identification sign provided at this gender specific multi- user toilet room. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Compliant signage will be provided.** |
| 20 | Lower Level (Men's Toilet Room) | Non-fire rated door requires 8½ pounds of force to open and travels from 70° open to 3" from the latch in 5 seconds. | Closer at nonfire-rated interior door causes door to travel from 70 degrees open to 3" from latch in less than 3 seconds and/or exceeds the maximum force to open (5 lbs). | 4.1.3(7)(b) 4.1.3(7)(c) 4.1.3(7)(d) 4.13.10 4.13.11 | **Defendant will test and monitor door closer for compliance.** |
| 21 | Lower Level (Men's Toilet Room) | The door is located in an alcove 11" deep with 3" width maneuvering clearance on the pull side of the door. | Maneuvering clearance at doorway is less than required. | 4.1.3(7)(b) 4.1.3(7)(c) 4.1.3(7)(d) 4.13.6 Fig. 25(a-f) | **Defendant will modify doorway to provide compliant maneuvering clearance.** |
| 22 | Lower Level (Men's Toilet Room) | There are 4 lavatories with 32" rim height with no knee space provided. | The counter mounted lavatory provides less than the required knee clearance (29" minimum AFF at front, 27" minimum AFF at 8" deep). | 4.1.3(11) 4.19.2 4.19.3 4.22.6 Fig. 31 | **Compliant lavatory has been provided during course of investigation.** |

# Exh. 3B Architectural Modifications to Lunt Fontanne Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 23 | Lower Level (Men's Toilet Room) | The toilet paper dispenser is mounted 32" to the near edge from the rear wall and 42" to the far edge from the rear wall. | The toilet paper dispenser in the standard accessible stall is mounted more than 36" from the rear wall. | 4.1.3(11) 4.1.6(1)(b) 4.1.6(2) 4.16.6 4.22.4 4.22.7 Fig. 29(b) Fig. 30(d) | **Compliant toilet dispenser mounting location has been provided during course of investigation.** |
| 24 | Lower Level (Men's Toilet Room) | There is no rear grab bar in the accessible stall. | There is no rear grab bar in the accessible stall. | 4.1.3(11) 4.1.6(1)(b) 4.1.6(1)(c) 4.1.6(1)(k)(ii) 4.1.6(2) 4.17.6 4.22.4 Fig. 29 Fig. 30(a,a-1) | **Defendant will provide compliant rear grab bar.** |
| 25 | Lower Level (Men's Toilet Room) | There is no coat hook in the accessible toilet stall although one of the three non-accessible stalls has a coat hook. | There is no coat hook in the accessible toilet stall. | 36.202(b) 4.1.3(11) 4.2.5 4.2.6 4.22.7 4.25 4.27.3 Fig. 5 Fig. 6 Fig.38 | **Compliant coat hook mounting height has been provided during course of investigation.** |
| 26 | Orchestra Level | Decorative wall sconces at 75" with bottom edges at 10" and 14" from wall. | Protruding objects with leading edge greater than 27" and less than 80" AFF that project more than 4" from wall intrude on circulation path. | 4.4.1 4.4.2 Fig. 8(a-e) | **Decorative wall sconces have been raised during course of investigation and no longer intrude in the circulation path.** |
| 27 | Orchestra Level | Overhead directional signage letters are 1"-2" high throughout facility. | Overhead directional or informational sign about functional spaces located higher than 80" AFF has characters less than 3". | 4.1.3(16)(b) 4.30.1 4.30.2 4.30.3 4.30.5 | **Defendant will provide compliant signage.** |

# Exh. 3B Architectural Modifications to Lunt Fontanne Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 28 | Orchestra Level (Accessible Toilet Room) | No raised lettering and Braille sign. | There is no raised lettering and Braille room identification sign provided at this unisex single user toilet room. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Compliant signage has been provided during course of investigation.** |
| 29 | Orchestra Level (Accessible Toilet Room) | The lavatory rim is 32" AFF; knee space is 25½" at the overflow and 25¾" at 8" back (ignoring the overflow). | Wall-mounted lavatory with less than required knee clearance (29" minimum AFF at front, 27" minimum AFF at 8" deep) and/or toe clearance (9" minimum AFF at 6" maximum from rear wall). | 4.1.3(11) 4.19.2 4.19.3 4.22.6 Fig. 31 | **Defendant will install compliant lavatory.** |
| 30 | Orchestra Level (Accessible Toilet Room) | The side wall at the water closet is 43½" long to a door, with a 32" long grab bar extending 41" from the rear wall. | Side grab bar is less than 42" long and extends less than 54" from rear wall. | 4.1.3(11) 4.16.4 4.22.4 4.26 Fig. 29 | **Defendant will extend side grab bar to the extent technically feasible, given the presence of the entrance door.** |
| 31 | Orchestra Level (Accessible Toilet Room) | Double roll toilet paper dispenser is mounted with far roll more than 36" from back wall to far edge of paper roll. | Double roll toilet paper dispenser is mounted with far roll more than 36" from back wall to far edge of paper roll. | 4.1.3(11) 4.16.6 4.22.4 4.22.7 Figs. 29(b) & 30(d) | **Defendant will mount toilet paper dispenser at compliant height.** |
| 32 | Orchestra Level (Accessible Toilet Room) | The toilet room door pull side maneuvering clearance width is 15" in an alcove configuration. The door provides 39" clear width and has no closer. | Maneuvering clearance on pull side of door is less than required. | 4.1.3(7)(b) 4.1.3(7)(c) 4.1.3(7)(d) 4.13.6 Fig. 25(a-f) | **Compliant maneuvering clearance has been provided during course of investigation. Defendant will install closer.** |

# Exh. 3B Architectural Modifications to Lunt Fontanne Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 33 | Stairs (Rear Mezzanine) | The stair handrails do not have extensions. There are stairs with 13" risers to the cross aisle and other stairs to top/back of rear mezzanine. | Handrail top extension(s) < 12" and/or bottom extension(s) < 1 tread width + 12". | 4.1.3(4) 4.1.6(2) 4.4 4.9.4 Fig. 19 c & d | **Defendant will provide compliant railing extensions not interfering with egress widths.** |
| 34 | Stairs | Stairs to lower and upper levels have no handrail extensions. | Handrail top extension(s) < 12" and/or bottom extension(s) < 1 tread width + 12". | 4.1.3(4) 4.1.6(2) 4.4 4.9.4 Fig. 19 c & d | **Compliant handrails have been provided during course of investigation.** |
| 35 | Upper Level (Lobby) | The concession counters are 41½" AFF. (Souvenir counter is 36" AFF.) | Sales, service, or information counter is higher than 36" AFF at cash register(s) for sales or distribution of goods or services to the public. | 7.2(1) 7.2(2) 4.3 | **Compliant concession counters have been provided during course of investigation.** |
| 36 | Upper Level (Men's Toilet Room) | Overhead sign but no compliant raised lettering and Braille sign provided. | There is no raised lettering and Braille room identification sign provided at this gender specific multi- user toilet room. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Compliant signage has been provided during course of investigation.** |
| 37 | Upper Level (Men's Toilet Room) | The threshold is 1¼" high. | Existing threshold is greater than ¾" high. | 4.1.3(7)(b) 4.1.3(7)(c) 4.1.3(7)(d) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig. 7(c,d) | **Defendant will lower threshold to a compliant height.** |
| 38 | Upper Level (Men's Toilet Room) | There are 3 lavatories with 32" rim height without the required knee space. | The counter mounted lavatory provides less than the required knee clearance (29" minimum AFF at front, 27" minimum AFF at 8" deep). | 4.1.3(11) 4.19.2 4.19.3 4.22.6 Fig. 31 | **A compliant lavatory has been provided during course of investigation.** |

# Exh. 3B Architectural Modifications to Lunt Fontanne Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 39 | Upper Level (Men's Toilet Room) | There are 3 urinals in this toilet room, none of which are accessible. | There is no accessible urinal in this toilet room. | 4.1.3(11) 4.22.5 4.18 | **An accessible urinal has been provided during course of investigation.** |
| 40 | Upper Level (Men's Toilet Room) | There is 1 toilet stall in this toilet room and it is not accessible. | There is no accessible toilet stall in this toilet room. | 4.1.3(11) 4.1.6(b) 4.1.6(c) 4.1.6(1)(k)(ii) 4.1.6(2) 4.1.6(3)(e) 4.17 4.22.4 | **Defendant will provide an ambulatory stall.** |
| 41 | Upper Level (Women's Toilet Room) | Overhead sign but no compliant raised lettering and Braille sign provided. | There is no raised lettering and Braille room identification sign provided at this gender specific multi- user toilet room. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Compliant signage has been provided during course of investigation.** |
| 42 | Upper Level (Women's Toilet Room) | The threshold is 1½" high. | Existing threshold is greater than ¾" high. | 4.1.3(7)(b) 4.1.3(7)(c) 4.1.3(7)(d) 4.1.6(3)(d)(ii) | **Compliant threshold has been provided during course of investigation.** |
| 43 | Upper Level (Women's Toilet Room) | The 4 lavatory countertop is 33" AFF with no knee space provided. | The counter mounted lavatory provides less than the required knee clearance (29" minimum AFF at front, 27" minimum AFF at 8" deep). | 4.1.3(11) 4.19.2 4.19.3 4.22.6 Fig. 31 | **Compliant lavatory has been provided during course of investigation.** |
| 44 | Upper Level (Women's Toilet Room) | There is no ambulatory stall (for little people and those who use certain types of mobility assistance devices) and no standard accessible stall for wheelchair users. | There are 6 stalls in this toilet room, none of which are accessible. | 4.1.3(11) 4.1.6(b) 4.1.6(c) 4.1.6(1)(k)(ii) 4.1.6(2) 4.1.6(3)(e) 4.17 4.22.4 | **Defendant will provide an ambulatory stall.** |

# Exh. 3B Architectural Modifications to Lunt Fontanne Theater

| Line # | Location Description | Existing Condition | Barrier Description | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 45 | Building | There is no directional signage to the accessible toilet room. | No directional signage to nearest accessible toilet room at inaccessible toilet rooms. | 4.1.2(7)(d) 4.1.3(16)(b) 4.1.6(3)(e)(ii i) 4.30.1 4.30.2 4.30.3 4.30.5 | **Compliant signage has been provided during course of investigation.** |
| 46 | Building | There are no raised letter and Braille signs where required (exits, entrance(s) to auditorium, toilet rooms, etc.). | There is no raised lettering and Braille room identification signage provided. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant signage.** |



**Lunt Fontanne Theatre** — DWG 3C.1
Orchestra Plan

■ Legend

● EXISTING AISLE TRANSFER SEAT

● NEW AISLE TRANSFER SEAT

● EXISTING WC/C LOCATION

● NEW WC/C LOCATION

*NOTE:* At the Lunt Fontanne, 2 wheelchair seating and companion locations, and all 15 aisle transfer seating locations, are sold at the same price as adjacent seating locations in the same row. 3 wheelchair seating and companion locations are sold at the lowest price.

THE VSA GROUP
ARCHITECTS • ENGINEERS • CONSULTANTS

**Lunt Fontanne Theatre**  DWG 3C.2
Mezzanine Plan



## ■ Legend

- ● EXISTING AISLE TRANSFER SEAT
- ● NEW AISLE TRANSFER SEAT
- ● EXISTING WC/C LOCATION
- ● NEW WC/C LOCATION

*NOTE:* At the Lunt Fontanne, 2 wheelchair seating and companion locations, and all 15 aisle transfer seating locations, are sold at the same price as adjacent seating locations in the same row. 3 wheelchair seating and companion locations are sold at the lowest price.

THE VSA GROUP
ARCHITECTS • ENGINEERS • CONSULTANTS