## Exhibit 5:  Minskoff Theater

**Exhibit 5A:    Entrances**

Nederlander shall maintain the entrance to the Theater, including but not limited to the automatic accessible entry doors, in the same condition as set forth on Exhibit 5A (i.e., in the same condition as they existed for the Government's inspection conducted on July 20, 2011).

**Exhibit 5B:    Architectural Modifications**

Nederlander shall make the architectural modifications set forth in Exhibits 5A and 5B.

**Exhibit 5C:    Seating**

Nederlander shall implement the seating plan attached hereto as Exhibit 5C.

Wheelchair and Companion Seating:

  1.  Nederlander shall maintain the fourteen existing wheelchair and companion seating locations on the Orchestra level: at ZZ3, ZZ7, ZZ1, ZZ4, ZZ8, ZZ12, and at ZZZ118, ZZZ120, ZZZ122, ZZZ124, ZZZ127, and ZZZ129, with ZZ1, ZZ5, ZZ9, ZZ2, ZZ6, ZZ10, and at ZZZ117, ZZZ119, ZZZ121, ZZZ123, ZZZ126, ZZZ128, and ZZZ130 being companion seating locations, and shall maintain the two existing wheelchair locations at Mezzanine box left 1-4, and Mezzanine box right 1-4, each of which has one companion seating location.

  2.  To provide for the accessibility of wheelchair seating locations at ZZ1 through ZZ11, and at ZZ2 through ZZ12, Nederlander shall remove the black metal bars immediately to the right and left of the seating locations, and relocate or reconfigure the piles of black seating cushions kept immediately to the left of ZZ1 through ZZ11 facing the stage, and immediately to the right of ZZ2 through ZZ12 facing the stage.

Aisle Transfer Seats:

  3.  Nederlander shall maintain the eleven aisle transfer seating locations on the Orchestra level at B1, B2, J1, L2, O31, Q15, Q16, U130, V101, Z101, ZZ130, and add six aisle transfer seating locations on the Orchestra level at M101, M129, and on the Mezzanine level at GG7, GG8, E101, and E142.



PLAZA/TUNNEL

BOX OFFICE

5'- 9 ¾"

31'- 4 ½"

63'- 0 ¾"

10'- 9¼"

EXISTING CONDITIONS
N.T.S

MOVABLE GLASS
PARTITION

LEGEND

●   AUTO OPENER CONTROL BUTTON

‖   AUTOMATIC DOOR

5.   **MINSKOFF THEATER - BOX OFFICE PLAN**

DWG **5A.1**

REMOVE AND REINSTALL
REAR GRAB BAR
HORIZZONTALLY

9'- 9"

11'- 9¾"

2'- 11"

5'- 0¾"

2'- 7½"

**EXISTING CONDITIONS**
**N.T.S**

5.  **MINSKOFF THEATER**
    **ORCHESTRA LEVEL HOUSE RIGHT - WOMEN TOILET ROOM PLAN**

DWG **5A.2**



REMOVE AND REINSTALL
REAR GRAB BAR
HORIZZONTALLY

21'- 8½"

11'- 6¾"

2'- 7½"

MODIFY PARTIONS TO COMPLY
WITH STALL DEPTH REQUIREMENTS

INSTALL NEW ACCESSIBLE
URINAL TO THIS LOCATION

**EXISTING CONDITIONS**
**N.T.S**

5.   **MINSKOFF THEATER**
     **ORCHESTRA LEVEL HOUSE RIGHT - MEN TOILET ROOM PLAN**

DWG **5A.3**

INSTALL NEW COMPLIANT
LAVATORY



8'- 10¼"

16'- 7¼"

5'- 3½"

19'- 2½"

2'- 9"

2'- 7½"

EXISTING CONDITIONS
N.T.S

5.   **MINSKOFF THEATER**
     **ORCHESTRA LEVEL HOUSE LEFT - WOMEN TOILET ROOM PLAN**

DWG **5A.4**



RELOCATE ACCESSIBLE URINAL TO THIS LOCATION

8'- 9½"

22'- 8¼"

2'- 9½"

2'- 9"

2'- 3¾"

**EXISTING CONDITIONS**
**N.T.S**

5.  **MINSKOFF THEATER**
    **ORCHESTRA LEVEL HOUSE LEFT - MEN TOILET ROOM PLAN**

DWG **5A.5**



INSTALL NEW COMPLIANT LAVATORY AND REAR GRAB BAR

MODIFY PARTITION AND RELOCATE FIXTURE TO OBTAIN AN AMBULATORY STALL

**EXISTING CONDITIONS**
**N.T.S**

5. <u>**MINSKOFF THEATER**</u>
   **MEZZANINE LEVEL RIGHT LEFT- WOMEN TOILET ROOM PLAN**

DWG **5A.6**



**EXISTING CONDITIONS**
**N.T.S**

5.  **MINSKOFF THEATER**
    **MEZZANINE LEVEL HOUSE RIGHT- MEN TOILET ROOM PLAN**

DWG **5A.7**



INSTALL NEW COMPLIANT LAVATORY AND REAR GRAB BAR

8'- 9 ½"

6'- 9 ¾"

18'- 5 ¾"

MODIFY PARTITION AND RELOCATE FIXTURE TO OBTAIN AN AMBULATORY STALL

14'- 5 ¾"

3'- 5 ¼"

2'- 7 ½"

**EXISTING CONDITIONS**
**N.T.S**

5.   **MINSKOFF THEATER**
     **MEZZANINE LEVEL HOUSE LEFT- WOMEN TOILET ROOM PLAN**

DWG **5A.8**



MODIFY STALL DOOR AND PARTITIONS FOR COMPLIANCE WITH CLEAR FLOOR SPACE

8'- 9"

RELOCATE ACCESSIBLE URINAL TO THIS LOCATION

21'- 10 ¼"

3'- 11 ¾"

MODIFY COUNTER AND LAVATORY FOR COMPLIANCE

2'- 3 ¾"

2'- 7 ½"

2'- 10 ¾"

2'- 9 ½"

2'- 9 ½"

REMOVE DOOR FOR COMPLIANCE WITH PASSAGEWAY CLEARANCE

**EXISTING CONDITIONS**
**N.T.S**

5.   **MINSKOFF THEATER**
     **MEZZANINE LEVEL HOUSE LEFT- MEN TOILET ROOM PLAN**

DWG **5A.9**

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 1 | Building | The existing door hardware, including some exit doors, requires tight grasping, pinching, or twisting of the wrist to operate. | Remove the existing operating hardware and install compliant hardware. | 4.1.3(7)(c) 4.13.9 | **Defendant will provide compliant hardware at building doors.** |
| 2 | Building | There is no raised lettering and Braille room identification signage provided where required. | Install compliant signage in the required location(s). | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant signage.** |
| 3 | Building | The drinking fountains are compliant with the exception of the "high" side being a protruding object, protruding 14" at 33" AFF. | Construct a cane-detectable warning which notifies blind or vision-impaired persons of hazard. | 4.1.3(2) 4.4.1, Fig. 8 4.1.3(10) 4.15.2 Fig. 27(a) | **Defendant will install cane detectable warning.** |
| 4 | Building | Accessible lavatory pipes are not insulated and there is no protection against contact with hot, sharp, or abrasive surfaces. | Insulate and protect all accessible lavatories. | 4.1.3(11) 4.19.4 4.22.6 | **Defendant will provide piping insulation at accessible lavatories.** |
| 5 | Orchestra Level (Grand Lobby) | The under side of the escalator and stairs provide less than 80" of clear head room. The stair landing is 47" AFF. | Construct a cane-detectable warning which notifies blind or vision-impaired persons of hazard. | 4.1.3(2) 4.4.2 Fig.8(a) Fig.8(c-1) | **Defendant will install cane detectable warning.** |
| 6 | Orchestra Level (Just off Grand Lobby) | The exit sign is a protruding object, protruding 14" at 77" AFF. This exit sign is located in the house left corridor with no admittance to the general public. | If the public will use this route in an emergency, raise the protruding object sign. | 4.1.3(2) 4.4.1 Fig. 8 | **Defendant will raise protruding object.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 7 | Orchestra Level (Grand Lobby) | There are no accessible tables in the Grand Lobby. | Install new table on an accessible route to provide 5% minimum wheelchair spaces with required knee space and height. | 4.1.3(18) 4.32 | **Defendant will provide accessible tables.** |
| 8 | Orchestra Level (Grand Lobby) | The only passenger elevator providing an accessible route is in a secured non-public area. | Provide directional signage to the elevator and, if the accessible route must remain secured, provide assistants during all hours that the theatre is open and signage at the doors indicating where help can be found. | 4.1.3(1) 4.10.1 | **Defendant will provide compliant directional signage.** |
| 9 | Orchestra Level (Grand Lobby) | There are unused concession stands on each side of the Grand Lobby at 43" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(1) 4.3 | **Defendant will include accessible section in operating concession stands.** |
| 10 | Orchestra Level (Just off Grand Lobby) | The fire extinguisher is a protruding object, protruding 7" at 29" AFF. This fire extinguisher is located in the house left corridor which does not usually admit the general public. | In the even the public must use this corridor, protect protruding object with a cane-detectable element underneath or install a recessed or semi-recessed extinguisher. | 4.1.3(2) 4.4.1 Fig. 8 | **Defendant will raise protruding object if on public exit route.** |
| 11 | Lobby | The door from the ticket office to the theatre has a knob that requires tight grasping, pinching, or twisting of the wrist to operate. | Remove the existing operating hardware and install compliant hardware. | 4.1.3(7)(c) 4.13.9 | **Defendant will provide compliant hardware.** |
| 12 | Lobby | Sconce is at 79" AFF in circulation path. | Raise wall sconce to greater than 80" AFF without altering fixture. | 4.1.3(2) 4.4.2 Fig.8(a) Fig. 8 (c-1) | **Defendant will provide compliant sconce mounting height.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 13 | Mezzanine Level (House Right Women's Toilet Room) | The conditions in this toilet room are similar to the women's toilet rooms on the orchestra level except that this toilet room has 6 stalls and no ambulatory stall. | Correct all barriers and provide one ambulatory stall per 4.22.4. | 4.1.3(11)<br>4.22<br>4.1.6(3)(e)(ii)<br>4.13<br>4.16<br>4.17<br>4.18<br>4.19<br>4.22.4<br>4.27 | **Barriers will be corrected as per response Items 34 through 45 and defendant will provide one ambulatory stall.** |
| 14 | Mezzanine Level (House Left Women's Toilet Room) | The conditions in this toilet room are similar to the women's toilet room on the house right. | Correct all barriers and provide one ambulatory stall per 4.22.4. | 4.1.3(11) 4,22<br>4.1.6(3)(e)(ii)<br>4.13<br>4.16<br>4.18<br>4.19<br>4.22.4<br>4.27 | **Barriers will be corrected as per response Item 14.** |
| 15 | Mezzanine Level (House Right Men's Toilet Room) | The conditions in this toilet room are similar to the men's toilet rooms on the orchestra level. This toilet room is only accessible through a 33" wide corridor that is 40" long. | Correct all barriers. | 4.1.3(11) 4,22<br>4.1.6(3)(e)(ii)<br>4.13<br>4.17<br>4.16<br>4.18<br>4.19<br>4.27 | **Barriers will be corrected as per response Items 22 through 33.  Defendant has corrected corridor problem.** |
| 16 | Mezzanine Level (House Left Men's Toilet Room) | The conditions in this toilet room are similar to the men's toilet room on the house right except without the corridor problem. | Correct all barriers. | 4.1.3(11)<br>4.22<br>4.1.6(3)(e)(ii)<br>4.13<br>4.17<br>4.16<br>4.18<br>4.19<br>4.27 | **Barriers will be corrected as per response Item 15.** |
| 17 | Mezzanine Level (House Right) | Upper lobby concession stand is 43" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. Repair/refinish as needed. | 7.2(1)<br>4.3 | **Defendant will include accessible section in operating concession stands.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 18 | Mezzanine Level (House Left) | The existing 1/2" threshold is sloped steeper than 1:2 (50%) leading to Row D (house right has a similar existing condition at this same row). | Remove the existing threshold and install a compliant threshold. | 4.1.3(7)(c) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig.7(c) Fig.7(d) 4.7 4.8 | **Defendant will lower threshold at compliant height.** |
| 19 | Mezzanine Level (House Left) | Upper lobby concession stand is 44" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. Repair/refinish as needed. | 7.2(1) 4.3 | **Defendant will include accessible section in operating concession stands.** |
| 20 | Mezzanine Level (House Left) | The accessible drinking fountain spout outlet height is 38" AFF. | Modify DFs as necessary on this floor to provide wheelchair accessible DF(s) and ambulatory DF(s) for people who have difficulty bending or stooping as required by the Standards. Coordinate with protruding object requirements. | 4.1.3(2) 4.1.3(10) 4.4.1 Fig.8 4.15 Fig. 27(a)&(b) | **Defendant will provide accessible drinking fountain.** |
| 21 | Orchestra Level | The drinking fountain located between the toilet rooms is 29 3/4" AFF and is a protruding object. The spout outlet height is 38" AFF. | Remove protruding object. Install new item of recessed, semi-recessed, or other design which alleviates encroachment. | 4.1.3(2) 4.1.3(10) 4.4.1 Fig.8 4.15 Fig. 27(a)&(b) | **Defendant will provide accessible drinking fountain.** |
| 22 | Orchestra Level House Right (Men's Toilet Room) | The threshold is 1/2 inch threshold is sloped steeper than 1:2 and is not beveled. | Remove the existing threshold and install a compliant threshold. | 4.1.3(7)(c) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig.7(c) Fig.7(d) 4.7 4.8 | **Defendant will lower threshold at compliant height.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 23 | Orchestra Level House Right (Men's Toilet Room) | The toilet paper dispenser is 2 1/2" above the side grab bar and is mounted at 41" from the rear wall. | Relocate the existing compliant toilet paper dispenser as required, ensuring 1 1/2" clearance below the grab bar or 12" above the grab bar. | 4.1.3(11) 4.22.7 4.16.6 Fig. 29 Fig. 30 | **Defendant will provide toilet paper dispenser at compliant mounting height.** |
| 24 | Orchestra Level House Right (Men's Toilet Room) | Though this facility provides audible fire alarms, there is no visual signal in this toilet room. | When alarm system is upgraded or replaced, add compliant visual signal that is integrated with the existing audible alarm system. | 4.1.3(14) 4.28.1 4.28.2 | **Defendant will comply with code when system is upgraded.** |
| 25 | Orchestra Level House Right (Men's Toilet Room) | Faucet controls require grasping, pinching, or twisting to operate. | Replace handle(s) with compliant type or replace faucet with compliant type. Lever operated, push type, and automatic mechanisms are acceptable. | 4.1.3(11) 4.22.6 4.19.5 4.27.4 | **Defendant will provide compliant faucets.** |
| 26 | Orchestra Level House Right (Men's Toilet Room) | The stall door is 34" wide with 31" clear width. The accessible stall is 55 1/2" deep x 65" wide with an outswinging stall door. | Replace door posts and door to provide required opening. Coordinate with stall depth requirements (56" minimum for a wall-hung water closet) and hardware requirements. | 4.1.6(3)(e)(ii) 4.17.3 Fig. 30 | **Defendant will modify partitions to comply with stall depth requirements.** |
| 27 | Orchestra Level House Right (Men's Toilet Room) | The toilet stall door hardware requires pinching and twisting to operate. | Remove the existing operating hardware and install compliant hardware. | 4.1.3(11) 4.22.2 4.17.5 4.13 | **Defendant will provide compliant hardware.** |
| 28 | Orchestra Level House Right (Men's Toilet Room) | The counter mounted lavatory knee space is 23" AFF at the front edge and 25" at 8" back. | Modify the existing lavatory and/or counter for compliance. | 4.1.3(11 ) 4.22.6 4.19.2 Fig. 31 | **Defendant will provide compliant accessible lavatory.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 29 | Orchestra Level House Right (Men's Toilet Room) | The outswinging stall door infringes on the clear floor space at the accessible urinal. | Relocate the fixture where clear floor space is available. | 4.1.3(11) 4.22.2 4.13 | **Defendant will relocate urinal to provide clear floor space.** |
| 30 | Orchestra Level House Right (Men's Toilet Room) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant (includes raised lettering and Braille) room identification signage adjacent to strike side of door at 60" AFF to centerline. Coordinate with requirement for close approach without encountering protruding object or door swing. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant signage.** |
| 31 | Orchestra Level House Right (Men's Toilet Room) | The toilet room door is a non-fire rated door that requires 12 pounds of force and travels from 70° open to 3" from the latch in 2 1/2 seconds. | Adjust the existing closer to provide compliant speed and force. (May inhibit proper latching. If so, replace existing closer with compliant model which allows door to operate as intended.) | 4.1.3(7)(c) 4.13.10 | **Defendant will test and maintain door closer for compliance.** |
| 32 | Orchestra Level House Right (Men's Toilet Room) | The side grab bar is 7" from the rear wall and extends 50" from the rear wall. | Remove the otherwise compliant grab bar and reinstall it in the required location. | 4.1.3(11) 4.22.4 4.17.6 Fig. 30 4.26 | **Defendant will install compliant grab bar.** |
| 33 | Orchestra Level House Right (Women's Toilet Room) | The existing 1/2" threshold is sloped steeper than 1:2 (50%). | Remove the existing threshold and install a compliant threshold. | 4.1.3(7)(c) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig.7(c) Fig.7(d) 4.7 4.8 | **Defendant will lower threshold to compliant height.** |
| 34 | Orchestra Level House Right (Women's Toilet Room) | The rear grab bar is mounted vertically. | Remove the existing compliant rear grab bar and remount it in the required location. | 4.1.3(11) 4.22.4 4.17.6 Fig. 30 4.26 | **Defendant will install compliant grab bar.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 35 | Orchestra Level House Right (Women's Toilet Room) | Though this facility provides audible fire alarms, there is no visual signal in this toilet room. | When alarm system is upgraded or replaced, add compliant visual signal that is integrated with the existing audible alarm system. | 4.1.3(14) 4.28.1 4.28.2 | **No alarm system upgrade is scheduled at this time.** |
| 36 | Orchestra Level House Right (Women's Toilet Room) | Loose coat hook is mounted at 54" AFF. | Relocate coat hook to wall adjacent to door. | 4.22.7 4.23.7 4.27.3 4.2.5 4.2.6 Fig. 5 Fig. 6 | **Defendant will provide compliant coat hook.** |
| 37 | Orchestra Level House Right (Women's Toilet Room) | The soap dispenser is located at 26" depth over the lavatory. | Relocate the existing soap dispenser within reach range. Repair/refinish wall as needed. | 4.1.3(11) 4.22.7 4.27 4.2.5 4.2.6 | **Defendant will provide compliant soap dispenser.** |
| 38 | Orchestra Level House Right (Women's Toilet Room) | The toilet stall door hardware requires pinching and twisting to operate. | Remove the existing operating hardware and install compliant hardware. | 4.1.3(11) 4.22.2 4.17.5 4.13 | **Defendant will provide compliant hardware.** |
| 39 | Orchestra Level House Right (Women's Toilet Room) | The makeup counter is 36" AFF to the top of the counter. | Remove counter and replace with one that has the top between 28" AFF and 34" AFF. | 4.32.4 | **Defendant will provide accessible make-up counter.** |
| 40 | Orchestra Level House Right (Women's Toilet Room) | The toilet room door is a non-fire rated door that requires 11 pounds of force and travels from 70° open to 3" from the latch in 2 seconds. | Adjust the existing closer to provide compliant speed and force. (May inhibit proper latching. If so, replace existing closer with compliant model which allows door to operate as intended). | 4.1.3(7)(c) 4.13.10 | **Defendant will test and maintain door closer for compliance.** |
| 41 | Orchestra Level House Right (Women's Toilet Room) | The water closet in the accessible stall is 14 1/2," from centerline to the side wall. | Move existing compliant water closet to the required position or otherwise modify stall(s) to achieve compliance. | 4.1.3(11) 4.22.4 4.17.2 4.16 Fig. 30 | **Defendant will relocate water closet to accessible location.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 42 | Orchestra Level House Right (Women's Toilet Room) | The side grab bar is 7" from the rear wall and extends 50" from the rear wall. | Remove the otherwise compliant grab bar and reinstall it in the required location. | 4.1.3(11) 4.22.4 4.17.6 Fig. 30 4.26 | **Defendant will install compliant grab bar.** |
| 43 | Orchestra Level House Right (Women's Toilet Room) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant (includes raised lettering and Braille) room identification signage adjacent to strike side of door at 60" AFF to centerline. Coordinate with requirement for close approach without encountering protruding object or door swing. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant signage.** |
| 44 | Orchestra Level House Right (Women's Toilet Room) | The door at this toilet room is 34" wide and provides 31" of clear width at 90° open. | Remove the existing door, widen opening and install a new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 | **Defendant will install accessible door.** |
| 45 | Orchestra Level (House Right Lobby) | The underside of the escalator and stairs provide less than 80" of clear head room. | Construct a cane-detectable warning which notifies blind or vision-impaired persons of hazard. | 4.1.3(2) 4.4.2 Fig.8(a) Fig.8(c-1) | **Defendant will install cane detectable warning.** |
| 46 | Orchestra Level (House Right Lobby) | The concession stand counter is at 43" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(1) 4.3 | **Operating concession stands will include accessible section.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 47 | Orchestra Level (House Right Lobby) | There is overhead directional signage to toilet rooms with 1" to 1 1/2" high letters. | Remove the existing sign and install a compliant sign. Coordinate with other requirements for signage characteristics. | 4.1.3(16)(b) 4.30.1 4.30.2 4.30.3 4.30.5 | **Defendant will provide compliant signage.** |
| 48 | Orchestra Level (House Right Lobby) | The overhead signage designating entrances are noncompliant with 2" high letters and a glare finish. | Remove the existing sign and install a compliant sign. Coordinate with other requirements for signage characteristics. | 4.1.3(16)(b) 4.30.1 4.30.2 4.30.3 4.30.5 | **Defendant will provide compliant signage.** |
| 49 | Orchestra Level (House Left Lobby) | The concession stand counter is at 43" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(1) 4.3 | **Defendant will include accessible section in operating concession stands.** |
| 50 | Orchestra Level (House Left Lobby) | The concession stand counter is at 43" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(1) 4.3 | **Defendant will include accessible section in operating concession stands.** |
| 51 | Orchestra Level (House Left Lobby) | The overhead signage designating entrances is noncompliant with 2" high letters and a glare finish. | Remove the existing sign and install a compliant sign. Coordinate with other requirements for signage characteristics. | 4.1.3(16)(b) 4.30.1 4.30.2 4.30.3 4.30.5 | **Defendant will provide compliant signage.** |
| 52 | Orchestra Level (House Left Men's Toilet Room) | The threshold is approximately 1 1/2" vertical. | Remove the existing threshold and install a compliant threshold. | 4.1.3(7)(c) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig.7(c) Fig.7(d) 4.7 4.8 | **Defendant will lower threshold at compliant height.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 53 | Orchestra Level (House Left Men's Toilet Room) | The rear grab bar is located 24" from the side wall. | Remove the existing compliant rear grab bar and remount it in the required location. | 4.1.3(11) 4.22.4 4.17.6 Fig. 30 4.26 | **Defendant will provide compliant rear grab bars.** |
| 54 | Orchestra Level (House Left Men's Toilet Room) | The toilet paper dispenser is located 3" above the side grab bar and is mounted at 36 3/4" from the rear wall. | Relocate the existing compliant toilet paper dispenser as required, ensuring 1," clearance below the grab bar or 12" above the grab bar. | 4.1.3(11 ) 4.22.7 4.16.6 Fig. 29 Fig. 30 | **Defendant will provide compliant toilet paper dispenser.** |
| 55 | Orchestra Level (House Left Men's Toilet Room) | Though this facility provides audible fire alarms, there is no visual signal in this toilet room. | When alarm system is upgraded or replaced, add compliant visual signal that is integrated with the existing audible alarm system. | 4.1.3(14) 4.28.1 4.28.2 | **No alarm system upgrade is scheduled at this time.** |
| 56 | Orchestra Level (House Left Men's Toilet Room) | Faucet controls require grasping, pinching, or twisting to operate. | Replace handle(s) with compliant type or replace faucet with compliant type. Lever operated, push type, and automatic mechanisms are acceptable. | 4.1.3(11) 4.22.6 4.19.5 4.27.4 | **Defendant will provide compliant faucets.** |
| 57 | Orchestra Level (House Left Men's Toilet Room) | The counter mounted lavatory knee clearance is 23" at the front edge and 32" AFF to the rim. | Modify the existing lavatory and/or counter for compliance. | 4.1.3(11) 4.22.6 4.19.2 Fig. 31 | **Defendant will provide accessible lavatory.** |
| 58 | Orchestra Level (House Left Men's Toilet Room) | The soap dispenser is located at 22 1/2" depth at 37" AFF over the lavatory. | Relocate the existing soap dispenser within reach range. | 4.1.3(11) 4.22.7 4.27 4.2.5 4.2.6 | **Defendant will provide accessible mounting height of soap dispenser.** |
| 59 | Orchestra Level (House Left Men's Toilet Room) | The toilet stall door hardware requires pinching and twisting to operate. | Remove the existing operating hardware and install compliant hardware. | 4.1.3(11) 4.22.2 4.17.5 4.13 | **Defendant will provide compliant hardware.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 60 | Orchestra Level (House Left Men's Toilet Room) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant (includes raised lettering and Braille) room identification signage adjacent to strike side of door at 60" AFF to centerline. Coordinate with requirement for close approach without encountering protruding object or door swing. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant signage.** |
| 61 | Orchestra Level (House Left Men's Toilet Room) | The urinal height is 19" AFF to the rim. | Remove the existing noncompliant urinal and install new elongated type at the required height. | 4.1.3(11 ) 4.22.5 4.18.2 | **Defendant will provide accessible urinal.** |
| 62 | Orchestra Level (House Left Men's Toilet Room) | The accessible stall is 55" deep x 67" wide. The stall door is located directly opposite the water closet. | Move stall door and door posts and install a new panel to locate door as required and to provide 56" minimum depth with toe space. Verify stall approach adequacy. | 4.1.3(11) 4.22.4 4.1.6(3)(e)(ii) 4.17.3 Fig. 30 | **Defendant will modify stall door and partition for compliance.** |
| 63 | Orchestra Level (House Left Men's Toilet Room) | The manual flush control is located on the side of the water closet closest to the partition. | When replacing or relocating the water closet to correct other deficiencies, ensure the flush control is on the wide side of the water closet. | 4.1.3(11) 4.22.4 4.16.5 | **Defendant will provide compliant flushing control.** |
| 64 | Orchestra Level (House Left Men's Toilet Room) | The side grab bar is 7" from the rear wall and extends 50" from the rear wall at 33" AFF to the centerline. | Remove the otherwise compliant grab bar and reinstall it in the required location. | 4.1.3(11) 4.22.4 4.17.6 Fig. 30 4.26 | **Defendant will provide compliant grab bars.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 65 | Orchestra Level (House Left Men's Toilet Room) | The door provides 31" clear width at 90° open. The toilet room door is a non-fire rated door that requires 11 pounds of force to open. | Remove the existing door, widen opening and install a new door that provides the minimum required clear width. Coordinate with maneuvering clearance and closer requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 | **Defendant will install compliant door. Should maneuvering clearances not be compliant, will install automatic door.** |
| 66 | Orchestra Level (House Left Men's Toilet Room) | The water closet is located 17 1/2" centerline to the partition and is 16" AFF. Verify toilet seat height. | Replace seat with a thick model for compliant height or replace fixture with an accessible model. | 4.1.3(11) 4.22.4 4.17.2 4.16 Fig. 30 | **Defendant will provide accessible toilet seat.** |
| 67 | Orchestra Level (House Left Women's Toilet Room) | The water closet is located 14" centerline to the partition and is 18" AFF. Verify the toilet seat height in the accessible stall. | Reconfigure toilet partitions or move existing compliant water closet to the required position. | 4.17.2 4.16 Fig. 30 | **Defendant will relocate water closet.** |
| 68 | Orchestra Level (House Left Women's Toilet Room) | The rear grab bar is 36" long and is mounted vertically. | Remove the existing compliant rear grab bar and remount it in the required location. | 4.1.3(11) 4.22.4 4.17.6 Fig. 30 4.26 | **Defendant will provide compliant rear grab bar.** |
| 69 | Orchestra Level (House Left Women's Toilet Room) | Though this facility provides audible fire alarms, there is no visual signal in this toilet room. | When alarm system is upgraded or replaced, add compliant visual signal that is integrated with the existing audible alarm system. | 4.1.3(14) 4.28.1 4.28.2 | **Defendant will comply with code when the system is upgraded.** |
| 70 | Orchestra Level (House Left Women's Toilet Room) | The toilet paper dispenser is located 1 1/2" above the side grab bar and is mounted at 44" from the rear wall. | Relocate the existing compliant toilet paper dispenser as required, ensuring 1 1/2" clearance below the grab bar or 12" clear above the grab bar. | 4.1.3(11) 4.22.7 4.16.6 Fig. 29 Fig. 30 | **Defendant will provide toilet paper dispenser at compliant mounting height.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 71 | Orchestra Level (House Left Women's Toilet Room) | The sanitary supplies dispenser is in a room with a 1" vertical threshold at the end of a 33" wide x 56" long corridor. | Install a new sanitary supplies dispenser on the accessible route. Existing accessory may remain. | 4.1.3(11 ) 4.22.7 4.27 4.2.5 4.2.6 | **Defendant will provide compliant supplies dispenser.** |
| 72 | Orchestra Level (House Left Women's Toilet Room) | The side grab bar is mounted 5" from the rear wall and extends 48" from the rear wall. | Remove the otherwise compliant grab bar and reinstall it in the required location. | 4.1.3(11) 4.22.4 4.17.6 Fig. 30 4.26 | **Defendant will provide compliant side grab bar.** |
| 73 | Orchestra Level (House Left Women's Toilet Room) | The soap dispenser is located at 26" depth over the lavatory. | Relocate the existing soap dispenser within reach range. | 4.1.3(11) 4.22.7 4.27.4 4.2.5 4.2.6 | **Defendant will provide soap dispenser at compliant mounting height.** |
| 74 | Orchestra Level (House Left Women's Toilet Room) | The toilet stall door hardware requires pinching and twisting to operate. | Remove the existing operating hardware and install compliant hardware. | 4.1.3(11) 4.22.2 4.17.5 4.13 | **Defendant will provide compliant hardware.** |
| 75 | Orchestra Level (House Left Women's Toilet Room) | The wall mounted lavatory is 35" AFF to the rim. | Lower the existing compliant wall mounted fixture to the required height. | 4.1.3(11) 4.22.6 4.19.2 Fig. 31 | **Defendant will provide accessible lavatory.** |
| 76 | Orchestra Level (House Left Women's Toilet Room) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant (includes raised lettering and Braille) room identification signage adjacent to strike side of door at 60" AFF to centerline. Coordinate with requirement for close approach without encountering protruding object or door swing. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant signage.** |
| 77 | Orchestra Level (House Left Women's Toilet Room) | The makeup counter is 35 1/2" AFF to the top of the counter. | Remove counter and replace with one that has the top between 28" AFF and 34" AFF. | 4.32.4 | **Defendant will provide accessible make-up counter.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 78 | Orchestra Level (House Left Women's Toilet Room) | The accessible stall is 58"-61" wide x 81" long at the end of the row. | Alter partitions to provide 60" minimum width. | 4.1.3(11) 4.22.4 4.1.6(3)(e)(ii) 4.17.3 Fig. 30 | **Defendant will alter partitions for compliance.** |
| 79 | Orchestra Level (House Left Women's Toilet Room) | The manual flush control is located on the side of the water closet closest to the side wall. | When replacing or relocating the water closet to correct other deficiencies, ensure the flush control is on the wide side of the water closet. | 4.1.3(11) 4.22.4 4.16.5 | **Defendant will provide compliant flushing control.** |
| 80 | Orchestra Level (House Left Women's Toilet Room) | The door provides 31" clear width at 90 degrees open. | Remove the existing door, widen opening and install a new door that provides the minimum required clear width. Coordinate with maneuvering clearance and closer requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 | **Defendant will install compliant door. Should maneuvering clearances not be compliant, will install automatic door.** |
| 81 | Orchestra Level (House Left Box Seats) | The chandelier is at 77" AFF in the circulation path. | If the public will ever use this space, reconfigure to eliminate low headroom problem at this fixture. | 4.1.3(2) 4.4.2 Fig.8(a) Fig. 8(c-1) | **Defendant will raise or eliminate chandelier in space used by the public.** |
| 82 | Stairwell (9) | This stairwell has a pair of 32" doors. | Remove the existing door, widen opening and install a new door that provides the minimum required clear width. Coordinate with maneuvering clearance and closer requirements. | 4.1.3(7)(c) 4.13.4 4.13.5 4.13.6 Fig. 24 | **Defendant will provide compliant width or automatic door.** |
| 83 | Ticket Office | No signage is provided at the ticket office notifying patrons of the availability of accessible seating. | Install signage at the ticket office. | 4.1.3(19)(a) | **Defendant will provide compliant signage.** |

# Exh. 5B Architectural Modifications at Minskoff Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 84 | Ticket Office | No signage is provided at the ticket office or other apparent location notifying patrons of the availability of an assistive listening system. | Install signage at the ticket office. | 4.1.3(19)(b) 4.33 4.30.7 Fig. 43(d) | **Defendant will provide compliant signage.** |
| 85 | Ticket Office | The ticket counters are at 46" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(2) 4.3 | **Defendant will provide accessible ticket counter.** |

**Minskoff Theatre**    DWG 5C.1
Orchestra Plan



### ■ Legend

● EXISTING AISLE TRANSFER SEAT

● NEW AISLE TRANSFER SEAT

● EXISTING WC/C LOCATION

● NEW WC/C LOCATION

*NOTE:* At the Minskoff, 6 wheelchair seating and companion locations, and all 17 aisle transfer seating locations, are sold at the same price as adjacent seating locations in the same row. 8 wheelchair seating and companion locations are sold at the lowest price.

THE VSA GROUP
ARCHITECTS • ENGINEERS • CONSULTANTS

NEDERLANDER

NEDERLANDER

**Minskoff Theatre**    DWG 5C.2
Mezzanine Plan



# ■ Legend

● EXISTING AISLE TRANSFER SEAT

● NEW AISLE TRANSFER SEAT

● EXISTING WC/C LOCATION

● NEW WC/C LOCATION

*NOTE:* At the Minskoff, 6 wheelchair seating and companion locations, and all 17 aisle transfer seating locations, are
sold at the same price as adjacent seating locations in the same row. 8 wheelchair seating and companion
locations are sold at the lowest price.

THE VSA GROUP
ARCHITECTS • ENGINEERS • CONSULTANTS