**Exhibit 6:  Nederlander Theater**

**Exhibit 6A:    Entrances**

Nederlander shall maintain the entrance to the Theater, including but not limited to the automatic accessible entry doors, in the same condition as set forth on Exhibit 6A (i.e., in the same condition as they existed for the Government's inspection conducted on May 3, 2011).

**Exhibit 6B:    Architectural Modifications**

Nederlander shall make the architectural modifications set forth in Exhibits 6A and 6B. Nederlander shall further maintain the wheelchair accessible unisex restroom in the same condition as it existed for the Government's inspection conducted on May 3, 2011, as further modified in Exhibit 6B, and shall also (i) install a visual alarm in the restroom; (ii) bring the right-hand grab bar to 16 inches from the toilet centerline; (iii) move the Braille sign from the face of the door to the latch side; and (iv) mount the toilet paper dispenser in accordance with the Standards.

**Exhibit 6C:    Seating**

Nederlander shall implement the seating plan attached hereto as Exhibit 6C.

<u>Wheelchair and Companion Seating</u>:

     1.      Nederlander shall maintain the four existing wheelchair and companion seating locations on the Orchestra level at K25, O25, Q104, and O26, with K23, O23, Q103, and O24 being companion seating locations.

     2.      Nederlander shall bring the wheelchair seating location at K25 into compliance with the Standards.

     3.      Nederlander shall remove seat P25, which blocks egress from the wheelchair seating location at O25.

     4.      Nederlander shall add two new wheelchair seating locations on the Orchestra level, M25 and M26, with M23 and M24 being companion seating locations.

<u>Aisle Transfer Seats</u>:

     5.      Nederlander shall maintain the six existing aisle transfer seats on the Orchestra level, at B1, B2, K1, K2, Q1, and Q2, and add two new aisle transfer seat on the Orchestra level at Q28 and O114, and four aisle transfer seats on the Mezzanine level at DD101, EE115, NN29, and NN28.



## 6. NEDERLANDER THEATER ENTRANCE PLAN

DWG **6A.1**



## 6. NEDERLANDER THEATER TOILETS ROOM PLAN

DWG **6A.2**



## 6. NEDERLANDER THEATER
## LADIES TOILET ROOM PLAN

DWG **6A.3**

# Exh. 6B Architectural Modifications to Nederlander Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 1 | Box Office Entrance | From the curb to the Box Office entry door level change there are slopes ranging from 4% to 6.5%. | Accessible route from unmarked passenger loading zone at curb to Box Office entry door exceeds 5% slope in direction of travel and creates a cross slope exceeding 2% for pedestrians using sidewalk along face of building. | 4.1.2(1) 4.1.2(4) 4.3.7 4.3.8 4.5.2 4.8 | **Defendant will appropriately re-pitch ramp in compliance with local codes.** |
| 2 | Box Office Entrance | Door maneuvering clearance depth is reduced below 48" by a 3" vertical change in level to sidewalk and steep "temporary" wooden ramp which is in the maneuvering clearance and which slopes 10%-12% away from the face of the door. | Entry door maneuvering clearance is less than 48" deep. "Temporary" ramp in this required maneuvering clearance slopes more than 2% away from door. | 4.1.3(7)(a) 4.13.6 Fig.25 | **Defendant will appropriately re-pitch ramp in compliance with local codes.** |
| 3 | Box Office Entrance | The temporary ramp slopes 10% - 12%, is 25" long x 35" wide, and has abrupt transitions (vertical rises) at the top and bottom and on both sides with no edge protection. This ramp serves a 3" high step at the entry door. | Unsafe, "temporary" wooden ramp appears to have been in use for many years as the only accessible route into the box office and theatre. | 4.1.2(1) 4.1.6(2) 4.5.2 4.8.2 4.8.3 4.8.4 4.8.6 4.8.7 | **Defendant removed wooden ramp during course of investigation.** |
| 4 | Box Office | There are 4 pairs of 30½" double doors that provide 27" and 28" clear width at the Box Office entrance. | Clearance widths of paired exterior entry doors are less than 32" per active leaf. | 4.1.3(7) 4.13.4 4.13.5 Fig. 24 | **Defendant has provided a set of compliant double leaf automatic doors.** |
| 5 | Box Office | The lighted sign to the left of the entrance doors projects 6" into the circulation path of the sidewalk at 33" AFF. | Protruding object with leading edges greater than 27" AFF and less than 80" AFF project more than 4" from wall into circulation path. | 4.1.3(2) 4.4.1 Fig. 8(a- e) | **Defendant has removed protruding object during course of investigation.** |

# Exh. 6B Architectural Modifications to Nederlander Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 6 | Box Office | The three ticket counters are 46" AFF, 46" AFF, and 46½" AFF. | Sales, service, or information counter is higher than 36" AFF at cash register(s) for sales or distribution of goods or services to the public. | 7.2(2) 4.3 | **Defendant has provided compliant ticket counter during course of investigation.** |
| 7 | Box Office | There is what appears to be an ALS cart in the Lobby which also appears to hold audio translation devices. It was locked so we could not verify contents or coverage. | No signage is provided at the ticket office and/or other apparent location(s) notifying patrons of the availability of an assistive listening system (ALS). | 4.1.3(19)(b) 4.33.6 4.33.7 4.30 4.30.7(4) Fig. 43(d) | **Defendant has provided compliant signage during course of investigation.** |
| 8 | Box Office | There is no folding armrest signage. | No signage is provided at the ticket office notifying patrons of the availability of folding or removable armrest seating. | 4.1.3(19)(a) 4.30.7 | **Defendant will provide compliant handrails.** |
| 9 | Box Office | The wall sconces project 6½" at 67½" AFF. | Protruding object with leading edge greater than 27" and less than 80" AFF that projects more than 4" from wall into circulation path. | 4.1.3(2) 4.4.1 Fig. 8(a-e) | **Defendant will provide compliant handrails.** |
| 10 | Lobby | The concession stand is 42" AFF. | Sales, service, or information counter is higher than 36" AFF at cash register(s) for sales or distribution of goods or services to the public. | 7.2(1) 7.2(2) 4.3 | **Defendant has modified concession stand for compliance.** |
| 11 | Lobby | The bottom of the ceiling-hung flag is 66" AFF. | Headroom is less than 80" AFF clearance at interior circulation path. | 4.4.2 Fig. 8(a, c-1) | **Defendant has modified the ceiling for compliance.** |

# Exh. 6B Architectural Modifications to Nederlander Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 12 | Lobby (Third Level) | High shelves protrude 10" at 48" AFF. | Protruding objects with leading edges greater than 27" AFF and less than 80" AFF project more than 4" from wall into circulation path. Drink counters are not accessible. | 4.1.3(2) 4.1.3(18) 4.4.1 4.32 5.1 Fig. 8(a-e) | **Defendant removed protruding object during course of investigation.** |
| 13 | Lobby (Third Level) | The bar is 43" AFF. | Sales, service, or information counter is higher than 36" AFF at cash register(s) for sales or distribution of goods or services to the public. | 7.2(1) 7.2(2) 4.3 | **Defendant has provided compliant counters during course of investigation.** |
| 14 | Mezzanine Level | The bar is 43" AFF. | Sales, service, or information counter is higher than 36" AFF at cash register(s) for sales or distribution of goods or services to the public. | 7.2(1) 7.2(2) 4.3 | **Defendant has provided compliant counters during course of investigation.** |
| 15 | Mezzanine Level | This souvenir counter is 42" AFF with a sign indicating that souvenir items are available for purchase downstairs. It is unclear if souvenirs are ever available here to the general public. | Sales, service, or information counter is higher than 36" AFF at cash register(s) for sales or distribution of goods or services to the public. | 7.2(1) 7.2(2) 4.3 | **Defendant has provided compliant counters during course of investigation.** |
| 16 | Mezzanine Level (Ladies Lounge/Toilet Room) | There is no accessible signage for people with visual impairments. | There is no raised lettering and Braille room identification sign provided at this gender specific multi- user toilet room. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant has provided compliant signage during course of investigation.** |
| 17 | Mezzanine Level (Ladies Lounge/Toilet Room) | The highest operable part of the public pay telephone is 58" AFF. This telephone does not have volume control. | Public pay phone is mounted too high and has no volume control (required on all accessible phones plus 25% of all other telephones of the same type). | 4.1.3(17) 4.2.5 4.2.6 4.30.7 4.31.3 Fig.44 | **Defendant will remove pay telephone.** |

# Exh. 6B Architectural Modifications to Nederlander Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 18 | Mezzanine Level (Ladies Lounge/Toilet Room) | There are 2 steps without handrails rising 14 1/2" from the lowest level of the lounge into the toilet room. There is an unusable "accessible" toilet room provided on the orchestra level. | Lounge and toilet room are on a level not served by an accessible route. | 4.1.3(5) 4.1.6(1)(b) 4.1.6(2) 4.3.2(3) 4.3.8 | **Defendant will provide compliant handrail.** |
| 19 | Mezzanine Level (Ladies Lounge/Toilet Room) | Cups provided do not have a flat bottom. | Water cooler requires two hands for operation. | 4.1.3(10) 4.15 4.27.4 | **Defendant will provide compliant water cooler.** |
| 20 | Mezzanine Level (Ladies Lounge/Toilet Room) | This makeup counter is 40" AFF. | Makeup counter is higher than 34" AFF. | 4.1.3(18) 4.32.4 | **Defendant has provided compliant make-up counter during course of investigation.** |
| 21 | Mezzanine Level (Ladies Lounge/Toilet Room) | The mirror at the makeup counter is mounted at 45½" AFF to the bottom of the reflecting surface. | Bottom of mirror reflecting surface is greater than 40" above finish floor. | 4.1.3(11) 4.1.6(1)(k)(ii) 4.19.6 Fig. 31 | **Defendant will provide compliant mirror.** |
| 22 | Mezzanine Level (Ladies Lounge/Toilet Room) | There are 12 stalls in this toilet room, none of which have grab bars. One stall is 60" wide x 52" deep with a 36" wide door opening directly opposite the water closet. | There are 12 toilet stalls in this toilet room which is on a currently inaccessible level but which appears to have been altered since the ADA requirements went into effect. None of the stalls are accessible, although one is larger. | 4.1.3(11) 4.1.6(1)(b) 4.1.6(1)(k)(ii) 4.1.6(3)(e)(iii) 4.17 4.22 4.22.4 Fig. 30(a) | **Defendant will modify existing toilet partitions to obtain a compliant door.** |
| 23 | Mezzanine Level (Ladies Lounge/Toilet Room) | The flush mechanism is on the side of the water closet closest to the wall. | Manual flush control on water closet in the most accessible stall is not on wide side of stall. | 4.1.3(11) 4.1.6(1)(k)(ii) 4.16.5 4.17.2 | **Defendant has provided a compliant flushing mechanism.** |

# Exh. 6B Architectural Modifications to Nederlander Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 24 | Mezzanine Level (Ladies Lounge/Toilet Room) | The toilet paper dispenser is mounted on the back of the door, which is 29" long and 16½" from the side wall. | Toilet paper dispenser in the most accessible stall is not located on side wall nearest water closet within 36" of rear wall and at least 19" AFF to dispensing point. | 4.1.3(11) 4.1.6(1)(k)(ii) 4.16.6 4.22.4 4.22.7 4.27 Fig. 30(d) | **Defendant will provide compliant toilet dispenser installation.** |
| 25 | Mezzanine Level (Ladies Lounge/Toilet Room) | There are no grab bars. | No side or rear grab bars in the most accessible stall. | 4.1.3(11) 4.17.6 4.26 Fig. 29 Fig. 30 | **Defendant has provided compliant grab bars during course of investigation.** |
| 26 | Mezzanine Level (Ladies Lounge/Toilet Room) | The coat hook in the largest stall is mounted at 64" AFF. | The coat hook in the most accessible stall is above the 48" or 54" max reach height (depending on approach). | 4.1.3(11) 4.1.6(1)(k)(ii) 4.2.5 4.2.6 4.22.7 4.25 4.27.3 Fig. 5 Fig. 6 | **Defendant has provided compliant coat hook during course of investigation.** |
| 27 | Mezzanine Level (Ladies Lounge/Toilet Room) | The sanitary disposal receptacle is operated by foot controls and is out of reach. | Accessory in the most accessible stall operates with a foot control that is located less than 15" AFF, from forward approach. | 4.1.3(11) 4.1.6(1)(k)(ii) 4.2.5 4.22.7 4.27.3 4.27.4 Fig. 5(a) | **Defendant has provided a compliant sanitary disposal receptacle.** |
| 28 | Mezzanine Level (Ladies Lounge/Toilet Room) | There are 2 types of lavatories. The porcelain lavatory rims are 35½" AFF with 32" high knee space at the front and 28½" at 8" back. The stainless steel lavatory rims are 32" AFF with 30" knee space at the front and 26" at 8" back. | Lavatory fixtures in altered toilet room are non-compliant. Porcelain lavatories are too high, stainless lavatories are too low. | 4.1.3(11) 4.1.6(1)(k)(ii) 4.19 4.22.6 Fig. 31 | **Defendant has provided compliant lavatory during course of investigation.** |

# Exh. 6B Architectural Modifications to Nederlander Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 29 | Mezzanine Level (Ladies Lounge/Toilet Room) | The soap dispensers at the porcelain lavatories are 50" AFF at 15" depth over the lavatories. | Soap dispenser outside reach range at porcelain lavatories. | 4.1.3(11) 4.1.6(1)(k)(ii) 4.2.5 4.2.6 4.22.7 4.27 Fig. 5 Fig. 6 | **Defendant will provide compliant soap dispenser.** |
| 30 | Mezzanine Level (Ladies Lounge/Toilet Room) | Not all paper towel dispensers are within reach. | Towel dispenser or blower is mounted greater than 54" AFF (if side reach) or greater than 48" AFF (if forward reach) or greater than 44" AFF (if forward reach over a low obstruction is greater than 20") or greater than 10" deep over an obstruction more than 34" AFF. | 4.1.3(11) 4.1.6(1)(k )(ii) 4.2.5 4.2.6 4.22.7 4.27 Fig. 5 Fig. 6 | **Defendant has provided paper towel at appropriate height during course of investigation.** |
| 31 | Mezzanine Level (Ladies Lounge/Toilet Room) | The only mirror is mounted at 51" AFF to the bottom of the reflecting surface (above the stainless lavatories). | Bottom of mirror reflecting surface is greater than 40" above finish floor. | 4.1.3(11) 4.1.6(1)(k)(ii) 4.19.6 4.22.6 Fig. 31 | **Defendant will provide compliant mirror.** |
| 32 | Mezzanine Level (Ladies Lounge/Toilet Room) | No lavatories have pipe insulation underneath. | Hot water is available at lavatory and hot water supply pipes and/or drain pipes are not insulated or covered. | 4.1.3(11) 4.1.6(1)(k)(ii) 4.19.4 4.22.6 | **Defendant will provide compliant pipe insulation.** |
| 33 | Mezzanine Level (Men's Toilet Room) | There is no accessible signage for people with visual impairments. | There is no raised lettering and Braille room identification sign provided at this gender specific multi- user toilet room. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant has provided accessible signage during course of investigation.** |

# Exh. 6B Architectural Modifications to Nederlander Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 34 | Mezzanine Level (Men's Toilet Room) | Non-fire rated door requires 7 pounds of force to open. | Closer at non-fire-rated interior door causes door to travel from 70 degrees open to 3" from latch in less than 3 seconds and/or exceeds the maximum force to open (5 lbs). | 4.1.3(7)(c) 4.13.10 | **Defendant has removed the door during course of investigation.** |
| 35 | Mezzanine Level (Men's Toilet Room) | The highest operable part of the telephone is 58" AFF. This telephone does have volume control. | Operable parts of phone outside reach range (48" AFF maximum for forward approach and 54" AFF maximum for parallel approach). | 4.1.3(17) 4.2.5 4.2.6 4.31.3 Fig.44 | **Defendant will remove pay telephone.** |
| 36 | Mezzanine Level (Men's Toilet Room) | Cups provided do not have a flat bottom. | Water cooler requires two hands for operation. | 4.1.3(10) 4.15 4.27.4 | **Defendant has provided compliant water cooler.** |
| 37 | Mezzanine Level (Men's Toilet Room) | There are 2 steps without a handrail rising 14 1/2" from the main Mezzanine level to the toilet room. There is an unusable "accessible" toilet room provided on the orchestra level. | Toilet room is on a level not served by an accessible route. | 4.1.3(5) 4.1.6(1)(b) 4.1.6(2) 4.3.2(3) 4.3.8 | **Defendant will provide compliant handrail.** |
| 38 | Mezzanine Level (Men's Toilet Room) | There are 2 stalls in this toilet room, with 59" total width, neither with grab bars. | There are 2 toilet stalls in this toilet room which is on a currently inaccessible level but which appears to have been altered since the ADA requirements went into effect. Neither of the stalls are accessible. | 4.1.3(11) 4.1.6(1)(b) 4.1.6(1)(k)(ii) 4.1.6(3)(e)(iii) 4.17 4.22 4.22.4 Fig. 30(a) | **Defendant has provided ambulatory stall and will remove urinals, for side approach clearance, upon compliance with local plumbing codes.** |

# Exh. 6B Architectural Modifications to Nederlander Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 39 | Mezzanine Level (Men's Toilet Room) | All urinals and flush mechanisms are too high. | Inaccessible urinals are mounted too high with rims above 17" AFF and flush mechanisms above 44" AFF. | 4.1.3(11) 4.1.6(1)(b) 4.1.6(1)(k)(ii) 4.18.2 4.18.4 4.22.5 | **Defendant has provided compliant urinal.** |
| 40 | Mezzanine Level (Men's Toilet Room) | There are 2 stainless steel lavatories with rims at 32" AFF and with 30" knee space at the front and 26" at 8" back. | Lavatories do not provide compliant rim height or knee space. | 4.1.3(11) 4.1.6(1)(k)(ii) 4.19 4.22.6 Fig. 31 | **Defendant has provided compliant lavatory during course of investigation.** |
| 41 | Mezzanine Level (Men's Toilet Room) | Neither lavatory has pipe insulation underneath. | Hot water is available at lavatory and hot water supply pipes and/or drain pipes are not insulated or covered. | 4.1.3(11) 4.1.6(1)(k)(ii) 4.19.4 4.22.6 | **Defendant will provide compliant pipe insulation.** |
| 42 | Mezzanine Level (Men's Toilet Room) | The mirror at the lavatories is mounted at 48" AFF to the bottom of the reflecting surface. | Bottom of mirror reflecting surface is greater than 40" above finish floor. | 4.1.3(11) 4.1.6(1)(k)(ii) 4.19.6 4.22.6 Fig. 31 | **Defendant will provide compliant mirror.** |
| 43 | Orchestra Level | There are 2 pairs of 30" wide double doors from the Lobby into the Theatre that provide 27½" of clear width each. | Clearance widths of paired doors into theatre are less than 32" per active leaf. | 4.1.3(7)(b) 4.1.3(7)(c) 4.1.3(7)(d) 4.13.4 4.13.5 Fig. 24 | **Modifications of these entrance doors is technically unfeasible due to structural constraints that do not allow opening enlargements. Defendants will accordingly post signage directing patrons with disabilities to alternative entry routes.** |
| 44 | Orchestra Level | The souvenir counter is 37" AFF. | Sales, service, or information counter is higher than 36" AFF at cash register(s) for sales or distribution of goods or services to the public. | 4.3 7.2(1) 7.2(2) | **Defendant has modified souvenir counter during course of investigation.** |

# Exh. 6B Architectural Modifications to Nederlander Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 45 | Orchestra Level | The wall sconces project 5½" from wall at 72" AFF to crystal and 76½" to metal. | Protruding objects with leading edge greater than 27" and less than 80" AFF that project more than 4" from wall intrude on circulation path. | 4.1.3(2) 4.4.1 4.4.2 Fig. 8(a- e) | **Defendant removed protruding object during course of investigation.** |
| 46 | Orchestra Level | The bar adjacent to the theatre entry is 37" AFF. | Sales, service, or information counter is higher than 36" AFF at cash register(s) for sales or distribution of goods or services to the public. | 4.3 7.2(1) 7.2(2) | **Defendant has provided compliant bar counter during course of investigation.** |
| 47 | Orchestra Level | Overhead directional signage letters are 1" high. | Overhead directional or informational sign about functional spaces located higher than 80" AFF has characters less than 3" high (based on upper case "X"). | 4.1.3(16)(b) 4.30.3 | **Defendant will provide compliant signage.** |
| 48 | Orchestra Level | Illuminated overhead directional signage letters are 1" high. | Overhead directional or informational sign about functional spaces located higher than 80" AFF has characters less than 3" high (based on upper case "X"). | 4.1.3(16)(b) 4.30.3 | **Defendant will provide compliant signage.** |
| 49 | Orchestra Level | The bar adjacent to the accessible toilet room is 44" AFF. | Sales, service, or information counter is higher than 36" AFF at cash register(s) for sales or distribution of goods or services to the public. | 4.3 7.2(1) 7.2(2) | **Defendant has provided compliant bar counter.** |
| 50 | Orchestra Level (Accessible Toilet Room) | There is no raised lettering and Braille room identification sign provided at this unisex single user toilet room. | There is no raised lettering and Braille room identification sign provided at this unisex single user toilet room. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant has provided compliant signage.** |

# Exh. 6B Architectural Modifications to Nederlander Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 51 | Orchestra Level (Accessible Toilet Room) | This toilet room is roughly 53" by 40" and therefore does not have the required 60" turning space. The water closet sits in a 22" wide by 8"-12" deep alcove. The clear floor area in the toilet room is 28" x 32". The door maneuvering clearance depth at the toilet room door on the pull side to the bar is 56½" and 35½" on the push side to the water closet. This door swings out of the toilet room and does not have a closer. | Existing small toilet room does not have the required turning space, clear floor space at toilet or lavatory fixtures, maneuvering clearance at door or other accessible features. | 4.1.3(11) 4.2.3 4.13 4.16 4.19 4.22 4.26 4.27 Fig. 3 Fig.28 Fig.29 etc. | **Defendant has enlarged toilet room for compliance during course of investigation.** |
| 52 | Orchestra Level (Accessible Toilet Room) | The water closet is 23" from the side wall adjacent to lavatory. | The centerline of the water closet is more than 18" from the side wall. | 4.1.3(11) 4.22.4 4.16 Fig. 30 | **Defendant will relocate water closet at compliant distance from side wall.** |
| 53 | Orchestra Level (Accessible Toilet Room) | The side grab bar is mounted vertically from 18" to 35" AFF. It is 16" long and is mounted 2" from the wall. | Toilet room side grab bar is not mounted horizontally between 33" and 36" AFF. It is also less than 42" long and is more than 12" from the rear wall. | 4.1.3(11) 4.16.4 4.22.4 4.26 Fig. 29 | **Defendant will provide compliant side grab bar.** |
| 54 | Orchestra Level (Accessible Toilet Room) | There is no rear grab bar. | There is no rear grab bar in the "accessible" toilet room. | 4.1.3(11) 4.16.4 4.22.4 4.26 Fig. 29 | **Defendant has provided compliant rear grab bar during course of investigation.** |

# Exh. 6B Architectural Modifications to Nederlander Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 55 | Stairs (throughout theatre) | A variety of non-compliant handrails throughout the theatre are not located on both sides of stairs, do not extend beyond the top and bottom risers and do not have continuous gripping surfaces. | Handrails have a non-compliant size and shape, are not continuous, and do not extend at least 12" beyond top riser and one tread width + 12" beyond bottom riser. Some stairs do not have handrails on both sides. | 4.1.3(4) 4.4 4.9.4 4.26 Fig. 19 Fig.39 | **Defendant has provided compliant handrails.** |
| 56 | Building | There are no directional signs to the "accessible" toilet room. | No directional signage to nearest accessible toilet room at inaccessible toilet rooms. | 4.1.2(7)(d) 4.1.3(16)(b) 4.1.6(3)(e)(iii) 4.30.1 4.30.2 4.30.3 4.30.5 | **Defendant will provide compliant directional signage.** |
| 57 | Building | There are no raised letter and Braille signs where required (exits, entrance to auditorium, toilet rooms, etc.). | Raised letter and Braille signs are not provided in all places required by the ADA Standards (including, at least, all emergency exits, toilet rooms, and numbered rooms) | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant has provided compliant signage during course of investigation.** |

**Nederlander Theatre**   DWG 6C.1
Orchestra Plan

[STAGE]

■ Legend

● EXISTING AISLE TRANSFER SEAT

● NEW AISLE TRANSFER SEAT

● EXISTING WC/C LOCATION

● NEW WC/C LOCATION

*NOTE:* At the Nederlander, 3 wheelchair seating and companion locations, and all 12 aisle transfer seating locations, are sold at the same price as adjacent seating locations in the same row. 3 wheelchair seating and companion locations are sold at the lowest price.

THE VSA GROUP
ARCHITECTS • ENGINEERS • CONSULTANTS

**NederlanderTheatre**   DWG 6C.2
Mezzanine Plan



■ Legend

● EXISTING AISLE TRANSFER SEAT

● NEW AISLE TRANSFER SEAT

● EXISTING WC/C LOCATION

● NEW WC/C LOCATION

*NOTE:* At the Nederlander, 3 wheelchair seating and companion locations, and all 12 aisle transfer seating locations, are sold at the same price as adjacent seating locations in the same row. 3 wheelchair seating and companion locations are sold at the lowest price.

THE VSA GROUP
ARCHITECTS • ENGINEERS • CONSULTANTS