**Exhibit 8:  Palace Theater**

**Exhibit 8A:    Entrances**

Nederlander shall maintain the entrance to the Theater, including but not limited to the automatic accessible entry doors, in the same condition as set forth on Exhibit 8A (i.e., in the same condition as they existed for the Government's inspection conducted on July 21, 2011).

**Exhibit 8B:    Architectural Modifications**

Nederlander shall make the architectural modifications set forth in Exhibits 8A and 8B.  In addition, Nederlander shall maintain the wheelchair accessible unisex restroom in the same condition as it existed for the Government's inspection conducted on July 21, 2011, as further modified in Exhibit 8B.

**Exhibit 8C:    Seating**

Nederlander shall implement the seating plan attached hereto as Exhibit 8C.

Wheelchair and Companion Seating:

1.      Nederlander shall maintain the two existing wheelchair and companion seating locations on the Orchestra level, in the area that would be designated Q1/Q3/Q5/R1/R3/R5, and S1/S3/S5/T1/T3/T5, which includes one companion seating location for each wheelchair seating location.  Nederlander shall remove the black metal bars to the left of this area.

2.      Nederlander shall add seven new wheelchair seating locations on the Orchestra level at W101/W103/W105/X101/X103 and at W102/W104/W106/X102/X104; on the Mezzanine level at O102/O104/O106/P102/P104; and on the Balcony at H2/H4/H6; at H8/H10/H12; at H1/H3/H5; and at H7/H9/H11; each of which shall include one companion seating location.

Aisle Transfer Seats:

3.      Nederlander shall add seventeen new aisle transfer seating locations, eleven on the Orchestra level at B101, B102, H101, H102, Q101, S101, S102, U128, U127, W127, W128; four on the Mezzanine level at M102, O2, O123, and O128; and two on the Balcony level at E115 and H19.

General:

4.      Nederlander shall mark the doors to the street immediately adjacent to U9 as an alternative accessible exit, and shall modify the exit threshold and approaches to comply with Standards § 4.13.8.



**EXISTING CONDITIONS**
N.T.S

**PROPOSED MODIFICATIONS**
N.T.S

NEW LAVATORY

NEW GRAB BARS

LOBBY

BOX OFFICE

LOCATION OF PROPOSED
ACCESSIBLE TICKET COUNTER

SIDEWALK

**LEGEND**

● AUTO OPENER CONTROL BUTTON

AUTOMATIC DOOR

8.   **PALACE THEATER**
**PROMENADE ACCESSIBLE TOILET**
**AND ENTRANCE PLAN**

DWG **8A.1**

**EXISTING CONDITIONS**
N.T.S



MOVE URINAL TO THE RIGHT
APPROX. 3", TO ALLOW FOR
ACCESSIBLE URINAL CLEAR
FLOOR SPACE

RELOCATED
PARTITIONS AND
NEW SIDE GRAB
BARS

**PROPOSED MODIFICATIONS**
N.T.S

8.   **PALACE THEATER**
     **LOWER LEVEL MEN'S MULTI-USER TOILET ROOM PLAN**
     **EXISTING CONDITIONS          N.T.S**

DWG **8A.2**



2'- 5 ¾"

9'- 1 ½"

19'- 10 ½"

12'- 6 ¼"

3'- 11 ¾"

4'- 9 ¼"

3'- 11 ¾"

RELOCATED PARTITIONS
TO ALLOW FOR ALTERNATE
STALL

**EXISTING CONDITIONS**
**N.T.S**

8.   **PALACE THEATER**
     **LOWER LEVEL WOMEN'S MULTI-USER TOILET ROOM PLAN**

DWG **8A.3**



MEN'S ROOM

12'- 8 ¾"

5'- 3"

2'- 5 ¾"

LADIES ROOM

9'- 3 ½"

5'- 9 ½"

**EXISTING CONDITIONS**
N.T.S

2'- 5 ¾"



NEW LAVATORY

MEN'S ROOM

12'- 8 ¾"

5'- 3"

2'- 5 ¾"

LADIES ROOM

5'- 9 ½"

9'- 3 ½"

NEW COMPLIANT DOOR
AND LAVATORY

2'- 5 ¾"

**PROPOSED MODIFICATIONS**
N.T.S

## 8. PALACE THEATER
### THIRD LEVEL WOMEN/MEN MULTI-USER TOILET ROOM PLAN

DWG **8A.4**

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 1 | Box Office | The ticket window counter is 42"-44.5" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(2) 4.3 | **Defendant will provide compliant ticket window counter.** |
| 2 | Box Office | No signage is provided at the ticket office or other apparent location notifying patrons of the availability of an assistive listening system. There is an ALS cart inside the orchestra seating area near the orchestra level ladies room. | Install signage incorporating the International Symbol of Accessibility for Hearing Loss at the ticket office notifying patrons of the availability of an assistive listening system. Sign should also state "Assistive Listening System Available". | 4.1.3(19)(b) 4.33 4.30.7 Fig. 43(d) | **Defendant will provide compliant signage.** |
| 3 | Lobby | The concessions counter ranges from 42" to 48" AFF because of the sloping floor. (Floor slopes 3.0-5.2%) | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(2) 4.3 | **Defendant will provide and coordinate concessions counter of compliant height with existing sloped floor.** |
| 4 | Lobby | The souvenir counter ranges from 37.5" to 45" AFF because of the sloping floor. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(2) 4.3 | **Defendant will provide and coordinate souvenir counter of compliant height with existing sloped floor.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 5 | Lobby | There are 4 pairs of 30" wide doors leading from the lobby to the promenade that provide 26.5" of clear width. Only one set of these doors is used as an entrance into the promenade. | Install a pair of coordinated automatic openers on two adjacent doors to provide the 32" minimum clear width when both doors are open and avoid the level door maneuvering clearance requirement on both sides of the doors. Provide self-actuating openers or install auto opener control buttons at approximately 42" AFF at a clear floor space which is outside of the swing of the doors. | 4.1.3(7)(c)<br>4.13.5<br>4.13.6<br>Fig. 24 | **Defendant will provide compliant automatic doors.** |
| 6 | Lower Level (Men's Multi-user Toilet Room) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant signage in the required location. | 4.1.3(16)(a)<br>4.30.1<br>4.30.4<br>4.30.5<br>4.30.6 | **Defendant will provide compliant signage.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 7 | Lower Level (Men's Multi-user Toilet Room) | There are 4 stalls and 5 urinals in this toilet room. None of the stalls have grab bars or provide any accessible features. | No accessible stall exists: convert typical stall into standard accessible stall. Modification may require removal of one water closet, if allowed by plumbing code. Install grab bars for standard or alternate accessible stall if standard accessible stall cannot be provided. If standard accessible stall is not provided, install directional sign to accessible toilet. | 4.1.3(11) 4.22 | **Defendant will provide alternate accessible stall and compliant signage to standard accessible toilet.** |
| 8 | Lower Level (Men's Multi-user Toilet Room) | There are 3 lavatories with base cabinets that obstruct knee clearance. | Modify(y)existing lavatory and counter to provide a compliant counter and lavatory. | 4.1.3(11) 4.22.6 4.19.2 Fig. 31 | **Defendant will provide compliant lavatory.** |
| 9 | Lower Level (Men's Multi-user Toilet Room) | The toilet room is located on an inaccessible level. | Provide directional sign(s) to accessible toilet rooms in obvious location(s) on orchestra level. | 4.1.6(3)(e)(iii) | **Defendant will provide compliant signage.** |
| 10 | Lower Level (Men's Multi-user Toilet Room) | There are 2 telephones mounted at 57" AFF to the highest operable part. | Remove or relocate existing compliant phone within reach range. | 4.1.3(17) 4.31.2 4.31.3 4.31.4 4.31.5 4.31.6 4.31.7 4.31.8 4.30.7 Fig. 44 4.2.4 4.2.5 4.2.6 4.4 4.1.3 | **Defendant will remove telephones.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 11 | Lower Level (Men's Multi- user Toilet Room) | The paper towel dispenser is mounted at 50" AFF. | Verify that side approach clear floor space is available or install new towel dispenser within reach range where required clear floor space is available. Existing noncompliant towel dispenser may remain. | 4.1.3(11) 4.22.7 4.27.3 | **Defendants will provide compliant mounting height.** |
| 12 | Lower Level (Women's Multi-user Toilet Room) | There are 14 stalls in this toilet room. One stall is 55" wide x 60" deep and has parallel grab bars. The water closet is mounted 24" from the narrow side wall. The stall door swings in. Swinging the stall door out might create a traffic flow problem due to the location of this water closet. | No accessible stall exists: convert one typical stall into a compliant standard accessible stall or a 36" wide alternate stall. | 4.1.3(11) 4.22 4.16 4.17 Fig. 28 Fig. 30 | **Defendant will provide alternate accessible stall.** |
| 13 | Lower Level (Women's Multi-user Toilet Room) | The coat hook is mounted at 65" AFF. | Install an additional coat hook within reach range. | 4.22.7 4.23.7 4.27.3 4.2.5 4.2.6 Fig. 5 Fig. 6 | **Defendant will provide compliant mounting height of coat hook.** |
| 14 | Lower Level (Women's Multi-user Toilet Room) | There are 7 lavatories with base cabinets that obstruct knee clearance. | Modify existing lavatory and counter to provide a compliant counter and lavatory. | 4.1.3(11) 4.22.6 4.19.2 Fig. 31 | **Defendant will provide compliant lavatory.** |
| 15 | Lower Level (Women's Multi-user Toilet Room) | There is one visual alarm mounted on the ceiling and one mounted near the ceiling, both are frosted. | When alarm system is upgraded or replaced, provide compliant visual signal(s) integrated with the existing audible alarm system. | 4.1.3(14) 4.28 | **No alarm system upgrades are scheduled at this time.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 16 | Lower Level (Women's Multi-user Toilet Room) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant signage in the required location. | 4.1.3(16)(a)<br>4.30.1<br>4.30.4<br>4.30.5<br>4.30.6 | **Defendant will provide compliant signage.** |
| 17 | Lower Level (Women's Multi-user Toilet Room) | The telephone is mounted at 57" AFF to the highest operable part. | Remove or relocate existing compliant phone within reach range. | 4.1.3(17)<br>4.3<br>4.30.7 Fig. 44<br>4.2.4<br>4.2.5<br>4.2.6<br>4.4 | **Defendant will remove the telephones.** |
| 18 | Lower Level (Women's Multi-user Toilet Room) | The toilet room is located on an inaccessible level. | Provide directional sign(s) to accessible toilet rooms in obvious location(s) on orchestra level. | 4.1.6(3)(e)(iii) | **Defendants will provide compliant signage.** |
| 19 | Orchestra Level (House Left Wheelchair Seating Box) | Existing floor is not level at existing wheelchair seating position. | The slope ranges from 7% to 10% in the lower level of the box with the exception of a 42" level area at the extreme bottom left. The extreme back of the box is sloped at 6%. | 4.33.4<br>4.5 | **Defendant will level floor to provide compliant slopes.** |
| 20 | Promenade | There are 4 pairs of 30" wide doors leading from the promenade into the theatre that provide 26.5" of clear width each. | Install a pair of coordinated automatic openers on two adjacent doors to provide the 32" minimum clear width when both doors are open and avoid the level door maneuvering clearance requirement on both sides of the doors. | 4.1.3(7)(c)<br>4.13.5<br>4.13.6 Fig. 24 | **Defendant will provide compliant automatic doors.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 21 | Promenade (Accessible Toilet Room) | The threshold has 1" total height. | Remove existing threshold, and install compliant threshold (¼" M height square, or ½" M height at 1:2 (50%) slope, except ¾" M height at exterior sliding door). | 4.1.3(7)(c) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig. 7(c,d) | **Defendant will provide compliant threshold.** |
| 22 | Promenade (Accessible Toilet Room) | Oddly shaped toilet room is 67" wide x 59" deep with a 47" wide x 58" long access corridor. | If technically feasible, modify existing fire walls at large column supporting hotel above as well as plumbing fixtures and accessories in this location to provide the minimum required turning space & clear width. | 4.22.3 4.2.3 Fig. 3 | **Defendant will modify plumbing fixtures and accessories to provide the minimum required turning space and clear width.** |
| 23 | Promenade (Accessible Toilet Room) | The door maneuvering clearance on the push side is 6" wide to the wall at the coat room. | Disable door closer or, unless technically infeasible, alter existing walls and/or relocate existing door and frame to obtain required maneuvering clearances. | 4.13.6 Fig. 25(a-f) | **Defendant will provide automatic door.** |
| 24 | Promenade (Accessible Toilet Room) | The soap dispenser is mounted at 47" AFF over a 26" deep lavatory. | Replace lavatory with a standard lavatory to eliminate obstruction at dispenser or relocate existing soap dispenser within range. | 4.1.3(11) 4.22.7 4.27 4.2.5 4.2.6 | **Defendant will provide compliant lavatory.** |
| 25 | Promenade (Accessible Toilet Room) | The mirror is mounted at 47" AFF to the bottom of the reflecting surface. | Lower existing mirror or install full length mirror nearby. | 4.1.3(11) 4.22.6 4.19.6 | **Defendant will provide compliant mirror.** |
| 26 | Promenade (Accessible Toilet Room) | The side grab bar is 42" long, mounted at 44" AFF to the centerline and 4.5" from the rear wall. | Remove existing compliant side grab bar and remount in required location. | 4.17.6 4.26 Fig. 29 Fig. 30 Fig. 39 | **Defendant will relocate side grab bar at appropriate mounting height.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 27 | Promenade (Accessible Toilet Room) | The rear grab bar is mounted at 41" AFF to the centerline. It is 24" long and mounted 5" from the side wall. | Remove existing rear grab bar and install new compliant rear grab bar. Coordinate with lavatory installation. Provide backing in wall as necessary. | 4.17.6 4.26 Fig. 29 Fig. 30 Fig. 39 | **Defendant will provide and coordinate compliant rear grab bar with new lavatory.** |
| 28 | Promenade (Accessible Toilet Room) | The flush mechanism is on the narrow side of the water closet. | Install new flush valve with handle on opposite side or automatic flush mechanism. | 4.16.5 | **Defendant will provide and coordinate compliant rear grab bar with new lavatory.** |
| 29 | Promenade (Accessible Toilet Room) | The door requires 6 pounds of force to open. | Adjust or replace existing closer to provide compliant speed and force. | 4.1.3(7)(c) 4.13.10 | **Defendant will provide automatic door.** |
| 30 | Promenade (Accessible Toilet Room) | There is no raised lettering and Braille room identification sign provided at this unisex single user toilet room. | Install compliant signage in the required location. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant signage.** |
| 31 | Stairs (to Lower Level Men's Multi-user Toilet Room) | There is a section near the bottom of the first run of stairs with only 71" AFF of headroom. | If technically infeasible to alter structural element to provide required vertical clearance, consider adding padding and paint or install low headroom warning signs on beam. | 4.4.2 Fig. 8(a,c-1) | **Defendant will provide compliant padding and signage.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 32 | Stairs (to Lower Level Men's Multi-user Toilet Room) | The drinking fountain spout outlet height is 42" AFF. | If possible, remove existing "high" fixture, alter plumbing and carrier. Provide and install new compliant high- low combination fixture. Coordinate with restrictions against protruding objects. Otherwise, provide an accessible low drinking fountain accessible to men elsewhere on this level. | 4.1.3(10)<br>4.15 Fig. 27(a) | **Defendant will provide compliant drinking fountain.** |
| 33 | Stairs (to Lower Level Women's Multi-user Toilet Room) | Handrail top extension(s) are less than 12" beyond top riser and/or bottom extension(s) are less than 1 tread width below bottom riser. | Extend existing compliant handrail(s) as required past top and/or bottom risers. Coordinate with other handrail and protruding object requirements. | 4.9.4<br>4.1.3(4)<br>4.2.4(2)<br>4.4<br>Fig. 19 c & d | **Defendant will provide compliant handrail extensions.** |
| 34 | Stairs (to Lower Level Women's Multi-user Toilet Room) | At the base of this stair adjacent to the women's toilet room there is a small vestibule with a 27" width clear opening and a drinking fountain through that 27" opening. | Modify opening to provide at least 32" clear width along accessible route. | 4.3.3 Fig. 7(a) | **Defendant will relocate drinking fountain on an accessible route.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 35 | Stairs (to Lower Level Women's Multi-user Toilet Room) | The drinking fountain spout outlet height is 42" AFF. | If possible, remove existing "high" fixture, alter plumbing and carrier. Provide and install new compliant high- low combination fixture. Coordinate with restrictions against protruding objects. Otherwise, provide an accessible low drinking fountain accessible to women elsewhere on this level. | 4.1.3(10) 4.15 Fig. 27(a) | **Defendant will provide compliant drinking fountain.** |
| 36 | Stairs (to Lower Level Women's Multi-user Toilet Room) | There is a section near the bottom of the first run of stairs with only 72" AFF of headroom. | If technically infeasible to alter structural element to provide required vertical clearance, consider adding padding and paint or install low headroom warning signs on beam. | 4.4.2 Fig. 8(a,c-1) | **Defendant will provide compliant padding and signage.** |
| 37 | Building | There are no raised lettering and Braille room identification signs provided in all locations where required. | Install compliant signage in the required locations. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant signage.** |
| 38 | Building | No directional signage to nearest accessible toilet rooms at inaccessible toilet rooms. | Where toilets remain inaccessible, install compliant directional signs to accessible toilet room(s). | 4.1.2(7)(d) 4.1.6(3)(e)(iii) | **Defendant will provide compliant signage to accessible toilet.** |
| 39 | Third Level (Lobby) | The concessions counter is 42" AFF. | Alter at least 1 counter of each type such that a section at least 36" long is not higher than 36" AFF and is on an accessible route. | 7.2(2) 4.3 | **Defendant will provide compliant height of concession counter.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 40 | Third Level (Lobby) | The fire extinguisher protrudes into the circulation path 7.5" at 40" AFF and is located between the ladies room and the stair. | Remove or relocate protruding object or install cane-detectable object below it. | 4.4.1 Fig. 8(a-e) | **Defendant will relocate the fire extinguisher or will provide cane-detectable object.** |
| 41 | Third Level (Men's Multi- user Toilet Room) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant signage in the required location. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant signage.** |
| 42 | Third Level (Men's Multi- user Toilet Room) | The door provides 28.5" clear width. | Remove existing door, widen opening, and install new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 | **Defendant will provide compliant door.** |
| 43 | Third Level (Men's Multi- user Toilet Room) | The door requires 12 pounds of force to open and travels from 70° open to within 3" of the latch in 2 seconds. | Adjust or replace existing closer to provide compliant speed and force. | 4.1.3(7)(c) 4.13.10 | **Defendant will provide compliant door closer.** |
| 44 | Third Level (Men's Multi- user Toilet Room) | There are 2 urinals and 1 water closet stall in this toilet room, none are accessible. There is 40" clear from the lavatory to the door swing and 51" clear to the ladder. | No accessible stall exists: convert one typical stall into a compliant standard accessible stall or a 36" wide alternate stall. | 4.1.3(11) 4.22 4.16 4.17 Fig. 28 Fig. 30 | **Defendant will provide a directional sign to an accessible stall in the Lower Level Men Multiuser room.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|--------|---------------------|-------------------|-----------------|-------------------------|---------------------------|
| 45 | Third Level (Men's Multi- user Toilet Room) | The lavatory knee space is 28" at the front edge and 25" AFF at 8" back. | Raise existing compliant lavatory to provide required clearances with rim 34" maximum above finish floor. Adapt plumbing as needed. Repair/refinish wall as needed. Verify that door does not swing across clear floor space at lavatory. | 4.1.3(11) 4.22.6 4.19.2 Fig. 31 | **Defendant will provide compliant lavatory.** |
| 46 | Third Level (Seating) | The fire hose protrudes into the circulation path to seat H27 6" from the dry standpipe and 13" from the wall at 66" AFF. | Provide cane-detectable element under protruding object or reconfigure to alleviate encroachment. | 4.4.1 Fig.8(a-e) | **Defendant will relocate the fire hose or will install the cane detectable element.** |
| 47 | Third Level (Women's Multi-user Toilet Room) | There are 2 stalls in this toilet room that is 110" wide and 69" deep. The stalls are 59" deep. There are no accessible features in this toilet room. | No accessible stall exists: convert typical stall into standard accessible stall or a 36" wide alternate stall. Modification may require removal of one water closet, if allowed by plumbing code. If toilet room remains inaccessible, install directional sign to accessible toilet. | 4.1.3(11) 4.22 | **Defendant will provide directional sign to direct to the accessible stall provided at Lower Level Women Multiuser room.** |
| 48 | Third Level (Women's Multi-user Toilet Room) | There is no raised lettering and Braille room identification sign provided at this gender specific multi-user toilet room. | Install compliant signage in the required location. | 4.1.3(16)(a) 4.30.1 4.30.4 4.30.5 4.30.6 | **Defendant will provide compliant signage.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 49 | Third Level (Women's Multi-user Toilet Room) | The toilet room door requires 10 pounds of force to open. | Adjust or replace existing closer to provide compliant speed and force. | 4.1.3(7)(c) 4.13.10 | **Defendant will provide compliant door closer.** |
| 50 | Third Level (Women's Multi-user Toilet Room) | The pull side maneuvering clearance width is 13". | Install automatic opener or alter existing walls and/or relocate existing door and frame unless technically infeasible to obtain required maneuvering clearances. | 4.13.6 Fig. 25(a-f) | **Defendant will provide compliant clearance by installing automatic door or relocating/enlarging existing door.** |
| 51 | Third Level (Women's Multi-user Toilet Room) | The door provides 29" clear width. | Remove existing door, widen opening, and install new door that provides the minimum required clear width. Coordinate with maneuvering clearance requirements. | 4.1.3(7)(c) 4.13.5 Fig. 24 | **Defendant will provide compliant clearance by installing automatic door or relocating/enlarging existing door.** |
| 52 | Third Level (Women's Multi-user Toilet Room) | The threshold is noncompliant. | Remove existing threshold, and install compliant threshold (¼" M height square, or ½" M height at 1:2 (50%) slope, except ¾" M height at exterior sliding door). | 4.1.3(7)(c) 4.1.6(3)(d)(ii) 4.13.8 4.5.2 Fig. 7(c,d) | **Defendant will provide compliant threshold.** |
| 53 | Third Level (Women's Multi-user Toilet Room) | The paper towel dispenser is mounted at 53" AFF. | Verify that towel dispenser is within reach range where required clear floor space is available in reconfigured toilet room. | 4.1.3(11) 4.22.7 4.27.3 | **Defendant will provide compliant mounting height of towel dispenser.** |
| 54 | Third Level (Women's Multi-user Toilet Room) | The lavatory knee space is 29" at the front edge and 26" AFF at 8" back. | Raise existing compliant lavatory to provide required clearances with rim 34" maximum above finish floor. Adapt plumbing as needed. | 4.1.3(11) 4.22.6 4.19.2 Fig. 31 | **Defendant will provide compliant lavatory.** |

# Exh. 8B  Architectural Modifications to Palace Theater

| Line # | Location Description | Existing Condition | Barrier Removal | 1991 Standards Reference | Architectural Modification |
|---|---|---|---|---|---|
| 55 | Third Level (Women's Multi-user Toilet Room) | The pipes under the lavatory are not insulated. | Insulate hot water supply and drain pipes. Ensure that no sharp or abrasive surfaces under the lavatory are unprotected. | 4.19.4 | **Defendant will provide compliant insulation.** |

**Palace Theatre**   DWG 8C.1
Orchestra Plan



# ■ Legend

● EXISTING AISLE TRANSFER SEAT

● NEW AISLE TRANSFER SEAT

● EXISTING WC/C LOCATION

● NEW WC/C LOCATION

*NOTE:* At the Palace, 9 wheelchair seating and companion locations, and all 17 aisle transfer seating locations, are sold at the same price as adjacent seating locations in the same row.





**Palace Theatre** DWG 8C.2
Mezzanine Plan



STAGE

# ■ Legend

- EXISTING AISLE TRANSFER SEAT
- NEW AISLE TRANSFER SEAT
- EXISTING WC/C LOCATION
- NEW WC/C LOCATION

*NOTE:* At the Palace, 9 wheelchair seating and companion locations, and all 17 aisle transfer seating locations, are sold at the same price as adjacent seating locations in the same row.



**Palace Theatre**   DWG 8C.3
Balcony Plan



## ■ Legend

● EXISTING AISLE TRANSFER SEAT

● NEW AISLE TRANSFER SEAT

● EXISTING WC/C LOCATION

● NEW WC/C LOCATION

*NOTE:* At the Palace, 9 wheelchair seating and companion locations, and all 17 aisle transfer seating locations, are sold at the same price as adjacent seating locations in the same row.

